Maria W. Tam, ESQ. (CSB#: 164996)
Law Office of Maria W. Tam
9650 Telstar Avenue, Unit A #825
El Monte, CA 91731
Tel: (626) 281-9353
Email: Tamlawoffice@gmail.com


Attorney for Debtor
Zhihui Zhuang

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

ZHIHUI ZHUANG

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHAPTER 7

CASE NO.: 2:25-bk-21019 NB

STIPULATION TO EXTEND
DEADLINE FOR CREDITORS
WEIJIE XU, SHENZHEN
ZHAOBANGJI SMALL LOAN CO.,
LTD. AND WINSON CREDIT (HK)
LIMITED TO FILE COMPLAINTS
UNDER§523 and §727 OF THE
BANKRUPTCY CODE

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE**

**AND ALL PARTIES IN INTEREST:**

This Stipulation ("Stipulation") to Extend Time to File Complaints under §523 and §727 of the United States Bankruptcy Code is made by and between debtor Zhihui Zhuang (hereinafter"Debtor"), via his counsel Maria W. Tam of the Law Office of Maria W. Tam, and creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. and Winson Credit (HK) Limited (the "Creditors"), via his counsel Minyao Wang, Esq. OF Lewis Brisbois Bisgaard & Smith LLP.

## **RECITALS**

A.    On December 8, 2025, Debtor filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Central District of California.

B.    The deadline for objecting to the Debtor's discharge was set for March 16, 2026.

C.    On March 2, 2026, the Creditors filed an emergency motion to extend the deadline to file complaints under §523 and §727 of the Bankruptcy Code.  The Court granted the emergency motion and the deadline was extended to June 16, 2026 for the Creditors.

D.    On March 30, 2026, the Creditors filed an application for a 2004 Examination with requests of documents and set the examinations for the beginning of June, 2026. The Court granted the application.

E.    Pursuant to the Request for Production of Documents listed in the 2004 Examination Motion, Debtor produced documents to the Creditors.  Debtor asserts that a number of the requests violated bankruptcy law and the Creditors disagree with this position.  The Parties cannot agree on the disputed items. Debtor intends to file a Motion for Protective Order.  The Parties are working on a stipulation of disputed items so that they can minimize the number of disputes to be determined by the Court.

F.    The Parties therefore agreed to extend the deadline for the Creditors to file the complaint for §523 and §727 of the Bankruptcy Code from June 16, 2026 to September 16, 2026. The 2004 Examination dates are reset also to allow the Parties time to agreed upon the list of items to be determined by the Court through the Motion for Protective Order hearing and for the Debtor (if ordered by the Court) to collect and produce additional documents.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

1.    Subject to Court approval, the deadline, for the creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. and Winson Credit (HK) Limited, to file a complaint under 11 U.S.C. §523 and 11 U.S.C. §727 shall be extended from June 16, 2026 to September 16, 2026.

2.    The 2004 Examinations set by the Creditors will be reset to dates in advance of September 16, 2026 deadline and after the completion of the Debtor's document production.

3.    The Debtors will file their Motion for Protective Order as soon as possible but such motion must be filed so that it can be set for a hearing on regular notice no later than August 14, 2026.  The Creditors reserve their right to commence their own motion practice concerning the Rule 2004 disputes if the Debtors do not adhere to this provision in good faith.  All the other deadlines and procedures relating to the 2004 Examination and Motion for Protective Order and any other related motions will be in accordance with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules based on the new 2004 Examination dates.

4.    Nothing herein prejudices the right of the Creditors to move for further extension of the deadlines to object to discharge.

5.    Maria W. Tam, attorney for Debtors will lodge an Order approving the Stipulation to Extend Time via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

Dated: May 11, 2026

Law Office of Maria W. Tam

/s/Maria W. Tam

_____
Maria W. Tam
Attorney for Debtors
Chenshi Zhuang and Qufang Zhuang

Lewis Brisbois Bisgaard& Smith LLP.

Dated: 5-12-2020

_____
Minyao Wang, Esq.
Attorney for creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. and Winson Credit (HK) Limited

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9650 Telstar Avenue, Unit A  #825, El Monte, CA 91731

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION TO EXTEND DEADLINE FOR
CREDITORS WEIJIE XU, SHENZHEN ZHAOBANGJI SMALL LOAN CO., LTD. & WINSON CREDIT (HK) LIMITED TO
TO FILE COMPLAINTS UNDER§523 and §727 OF THE BANKRUPTCY CODE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/12/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/12/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason
US Bankruptcy Court, Central District of California
Edward R. Roybal Federal Bldg & Courthouse
255 E. Temple St., Ste.1552 /Crtrm 1545, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/12/2026 | Maria W. Tam | | /s/Maria W. Tam |
| --- | --- | --- | --- |
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**NEF SERVICE LIST**

Keith Patrick Banner on behalf of Trustee Rosendo Gonzalez (TR)
kbanner@greenbergglusker.com, calendar@greenbergglusker.com;
cmillerwatkins@greenbergglusker.com; MilanaECF@ggfirm.com

Rosendo Gonzalez (TR)rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;
jzavala@gonzalezplc.com;zig@gonzalezplc.com; gig@gonzalezplc.com

Julie M Romersa on behalf of Creditor Shenzhen Zhaobangji Small Loan Co, Ltd.
julie.romersa@lewisbrisbois.com

Julie M Romersa on behalf of Creditor Winson Credit (HK) Limited
julie.romersa@lewisbrisbois.com

Julie M Romersa on behalf of Creditor Weije Xu
julie.romersa@lewisbrisbois.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

Maria W Tam on behalf of Debtor Zhihui Zhuang
tammailbox@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Minyao Wang on behalf of Creditor Shenzhen Zhaobangji Small Loan Co,
Ltd.minyao.wang@lewisbrisbois.com

Minyao Wang on behalf of Creditor Winson Credit (HK)
Limitedminyao.wang@lewisbrisbois.com

Minyao Wang on behalf of Creditor Weije Xu
minyao.wang@lewisbrisbois.com