| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Maria W. Tam (CSB#:164996)<br>Law Office of Maria W. Tam<br>9650 Telstar Avenue, Unit A  #825<br>El Monte, CA 91731<br>Tel: (626)281-9353<br>Email: Tamlawoffice@gmail.com<br><br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* debtor Zhihui Zhuang | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br><br>Zhihui Zhuang<br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-21019 BR<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Stipulation to Extend Deadline for Creditors<br><br>[Docket#: 62] |

PLEASE TAKE NOTE that the order titled ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR CREDITORS WEIJIE XU, SHENZHEN ZHAOBANGJI SMALL LOAN CO., LTD. AND  WINSON CREDIT (HK) LIMITED TO FILE COMPLAINTS UNDER §523 and §727 OF THE BANKRUPTCY CODE
was lodged on (*date*) __05/12/2026__ and is attached.  This order relates to the motion which is docket number 62 .

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Maria W. Tam, ESQ. (CSB#: 164996)
Law Office of Maria W. Tam
9650 Telstar Avenue, Unit A  #825
El Monte, CA 91731
Tel: (626) 281-9353
Email: Tamlawoffice@gmail.com

Attorney for debtor
Zhihui Zhuang

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| IN RE: | CASE#: 2:25-bk-21019 NB |
|---|---|
| | CHAPTER 7 |
| Zhihui Zhuang | |
| | **ORDER** |
| Debtor. | |
| | Granting Stipulation to extend deadline for creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited to extend deadline to file complaints under Section 523 & 727 |

## **ORDER**

The Court considered the stipulation (hereinafter "Stipulation") [Docket#:62], entered into by and between, debtor Zhihui Zhuang on the one hand, and creditors Weijie Xu, Shenzhen

Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited on the other hand, through their respective counsel, and for good cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. The deadline for the creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited to object to the discharge of debts under Section 523 and Section 727 of the Bankruptcy Code is extended from June 16, 2026 to September 16, 2026.

###

DATED:                                    _____
                                          The Honorable Neil Bason
                                          United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 9650 Telstar Avenue, Unit A  #825, El Monte, CA 91731

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____05/12/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____05/12/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 The Honorable Neil Bason
 US Bankruptcy Court, Central District of California
 Edward R. Roybal Federal Building and Courthouse
 255 E. Temple St., Ste. 1552/Crtrm 1545, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/12/2026 | Maria W. Tam | /s/Maria W. Tam |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**NEF SERVICE LIST**

Keith Patrick Banner on behalf of Trustee Rosendo Gonzalez (TR)
kbanner@greenbergglusker.com, calendar@greenbergglusker.com;
cmillerwatkins@greenbergglusker.com; MilanaECF@ggfirm.com

Rosendo Gonzalez (TR)rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;
jzavala@gonzalezplc.com;zig@gonzalezplc.com; gig@gonzalezplc.com

Julie M Romersa on behalf of Creditor Shenzhen Zhaobangji Small Loan Co, Ltd.
julie.romersa@lewisbrisbois.com

Julie M Romersa on behalf of Creditor Winson Credit (HK) Limited
julie.romersa@lewisbrisbois.com

Julie M Romersa on behalf of Creditor Weije Xu
julie.romersa@lewisbrisbois.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

Maria W Tam on behalf of Debtor Zhihui Zhuang
tammailbox@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Minyao Wang on behalf of Creditor Shenzhen Zhaobangji Small Loan Co,
Ltd.minyao.wang@lewisbrisbois.com

Minyao Wang on behalf of Creditor Winson Credit (HK)
Limitedminyao.wang@lewisbrisbois.com

Minyao Wang on behalf of Creditor Weije Xu
minyao.wang@lewisbrisbois.com