United States Bankruptcy Court

Central District of California

In re:                                                                            Case No. 25-21019-NB

Zhihui Zhuang                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                          Page 1 of 2

Date Rcvd: May 14, 2026                       Form ID: pdf042                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**      **Recipient Name and Address**
db      +   Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin Heston
     on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Samuel Shevitz
     on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Julie M Romersa
     on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com

Julie M Romersa
     on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com

Julie M Romersa
     on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com

Keith Patrick Banner
     on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com
     calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com

District/off: 0973-2                               User: admin                                              Page 2 of 2
Date Rcvd: May 14, 2026                        Form ID: pdf042                                      Total Noticed: 1

Maria W Tam
                    on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com

Minyao Wang
                    on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com

Minyao Wang
                    on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. minyao.wang@lewisbrisbois.com

Minyao Wang
                    on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com

Rosendo Gonzalez (TR)
                    rgonzalez@ecf.axosfs.com
                    rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov


TOTAL: 12

Maria W. Tam, ESQ. (CSB#: 164996)
Law Office of Maria W. Tam
9650 Telstar Avenue, Unit A  #825
El Monte, CA 91731
Tel: (626) 281-9353
Email: Tamlawoffice@gmail.com

Attorney for debtor
Zhihui Zhuang

**FILED & ENTERED**

**MAY 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE: | CASE#: 2:25-bk-21019 NB |
| | CHAPTER 7 |
| Zhihui Zhuang | |
| Debtor. | **ORDER** |
| | Granting Stipulation to extend deadline for creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited to extend deadline to file complaints under Section 523 & 727 |

**ORDER**

The Court considered the stipulation (hereinafter "Stipulation") [Docket #62], entered

into by and between, debtor Zhihui Zhuang on the one hand, and creditors Weijie Xu, Shenzhen

Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited on the other hand, through their respective counsel, and for good cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. The deadline for the creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. & Winson Credit (HK) Limited to object to the discharge of debts under Section 523 and Section 727 of the Bankruptcy Code is extended from June 16, 2026 to September 16, 2026.

###

Date: May 14, 2026

Neil W. Bason
United States Bankruptcy Judge