| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>Telephone: 310-553-3610<br>Facsimile: 310-553-0687<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>ZHIHUI ZHUANG, | CASE NO.: 2:25-bk-21019-NB |
|---|---|
| | CHAPTER: 7 |
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 04/30/2026    Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 04/30/2026    Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 21    days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 05/22/2026    

_____
Signature

Keith Patrick Banner_____
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# NOTICE

Declaration Page 0003

KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>ZHIHUI ZHUANG,<br><br>          Debtor. | Case No. 2:25-bk-21019-NB<br><br>Chapter 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED] |
|---|---|

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as his general bankruptcy counsel, effective as of April 27, 2026.  As set forth in detail in the Application, Greenberg Glusker will render all services

GREENBERG GLUSKER FIELDS CLAMAN<br>& MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California  90067

NOTICE OF APPLICATION TO
EMPLOY COUNSEL

31261-00002/8039654.1

Declaration Page 0004

required by the Trustee during his administration of the case, including, without limitation, advising the Trustee with respect to his duties and powers, the investigation and disposition of assets of the estate, the investigation and prosecution of claims of the bankruptcy estate, and the review and analysis of proofs of claim filed against the estate.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Keith Patrick Banner* (the "Banner Declaration") attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that, subject to Court approval, the Trustee seeks to employ Greenberg Glusker at its regular billing rates for bankruptcy matters, which generally range from $450 to over $1,000 per hour for attorneys,[1] and from $375 to $575 per hour for paralegals and litigation support staff, as more fully described in the Application. Greenberg Glusker has agreed to a reduced hourly rate of $700/hour for Keith Patrick Banner, the primary attorney who will work on this case, reduced from his base firm rate of $790/hour. Other attorneys from Greenberg Glusker's Bankruptcy and Financial Restructuring Group or other department may work on this case. These rates are subject to annual adjustments (effective January 1st of each year). A list of the current billing rates for the attorneys and paralegals of Greenberg Glusker most likely to be involved in the representation of the Trustee in connection with this bankruptcy case is attached as Exhibit 3 to the Banner Declaration.

Greenberg Glusker will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code. All compensation will be paid from the funds of the Debtor's bankruptcy estate. Greenberg Glusker has not received any retainer with respect to its employment.

/ / /

/ / /

---

[1] As of the date of the Application, no attorney in Greenberg Glusker's Bankruptcy and Financial Restructuring Group has an hourly rate exceeding $1,000.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

2                    NOTICE OF APPLICATION TO
EMPLOY COUNSEL

31261-00002/8039654.1

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

> Keith Patrick Banner, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN
> & MACHTINGER LLP
> 2049 Century Park East, Ste. 2600
> Los Angeles, California  90067-4590
> Telephone:  310.553.3610
> Facsimile:  310.553.0687
> Email: kbanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 530 S. Hewitt Street, Suite 148, Los Angeles, CA 90013; (ii) his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Keith Patrick Banner, Esq., 2049 Century Park East, Ste. 2600, Los Angeles, California  90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within fourteen (14) days from the date of service of this Notice.

If you fail to file a written response within fourteen (14) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED:  April 30, 2026

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Keith Patrick Banner*
KEITH PATRICK BANNER
Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

NOTICE OF APPLICATION TO
EMPLOY COUNSEL

3

31261-00002/8039654.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF OPPORTUNITY TO REQUEST
HEARING ON CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>April 30, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
- Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com,
  rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Julie M Romersa    julie.romersa@lewisbrisbois.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- Maria W Tam    tammailbox@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Minyao Wang    minyao.wang@lewisbrisbois.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>April 30, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Debtor:*
Zhihui Zhuang
150 Fano Street, Unit A
Arcadia, CA 91006

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2026 | Cynthia Miller Watkins | /s/ Cynthia Miller Watkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

31261-00002/8042055.1

**2. SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Office Of Finance<br>City Of Los Angeles -City Hall<br>200 N Spring St Rm 101<br>Los Angeles CA 90012-3224 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 |
| Guangdong Jiexi Rural<br>Commerical Bank Co., Ltd<br>Hepo Town Wenquan Kaifa District<br>Sanheng Road No.1 Jiexi County<br>China | Guangfa Bank Gu Fen You Xian Co<br>Shen Nan Dong Lu No. 123<br>Bai Huo Guang Chang Xi Zuo<br>19-22 ceng ShenZhen LuoHuQu<br>GuangDongSheng China |
| Hong Ma<br>Tai Bai Lu 4009<br>Da Di Hua Yuan Dong Zuo 1011<br>ShenZhen LuoHuQu<br>GuangDongSheng<br>China | Hongwei Yang<br>Kang Yu Er Xiang No.2<br>ShenZhenShi LongGangQu<br>GuangDongSheng<br>China |
| Michael E. Israel<br>Demidchik Law Firm PC<br>17800 Castleton Street, Suite 605<br>Rowland Heights, CA 91748-5759 | Muxun Liu<br>Long Xing Jie No. 5<br>ShenZhen LongGangQu<br>GuangDongSheng<br>China |
| Shenzhen Yu He Xing Investment<br>Long Hua Jie Dao Song He<br>She Qu Dong Huan Yi Lu 220<br>Hao Yu He Xing Da Sha 3 ceng 318<br>Shenzhen LongGangQu China | Shenzhen Zhaobangji Small Loan Co.<br>Lewis Brisbois Bisgarad and Smith<br>Attn: Hong Lu<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071-2074 |
| Weijie Xu<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071-2074 | Weijie Xu<br>Lewis Brisbois Bisgaard and Smith<br>Attn: Hong Lu<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071-2074 |
| Weijie Xu<br>Lewis Brisbois Bisgaard and Smith<br>Attn: Minyao Wang<br>250 Greenwich Street, 11/F<br>New York, NY 10007-2140 | Winson Credit (HK) Limited<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071-2074 |
| Xiaolan Jie<br>Zhong Hang Lu Zhong Hang Yuan<br>21 Dong 110 Fang<br>ShenZhen FuTianQu<br>GuangDongSheng<br>China | Xing Ye Bank Joint Stock<br>Limited Company Shenzhen<br>Shen Nan Da Dao No.4013<br>Xing Ye Building, Futian District<br>Shenzhen, China |
| Yunhua Peng<br>He Tian Zhen Yue Xi Cun<br>Wei Hui Lou Du Cun No. 61<br>Luhexian, GuangDongSheng<br>China | Zhaoxiu Weng<br>Shi Xia Bei Liu Jie Tian Jian<br>Yang Guang Hua Yuan B Zuo 31 E<br>ShenZhen FuTianQu<br>GuangDongSheng<br>China |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

31261-00002/8042055.1

**F 9013-3.1.PROOF.SERVICE**

# APPLICATION

ROSENDO GONZALEZ, Chapter 7 Trustee (SBN 137352)
GONZALEZ & GONZALEZ LAW, P.C.
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013
Telephone: 213-452-0070
Facsimile: 213-452-0080
Email:  rossgonzalez@gonzalezplc.com

KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | Case No. 2:25-bk-21019-NB |
|---|---|
| | Chapter 7 |
| ZHIHUI ZHUANG, | **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL** |
| Debtor. | |
| | **DECLARATION OF KEITH PATRICK BANNER IN SUPPORT THEREOF** |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

31261-00002/8039577.1

APPLICATION TO
EMPLOY COUNSEL

Declaration Page 0010

Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), hereby submits his application (this "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule"), Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as his general bankruptcy counsel, effective as of April 27, 2026. The relief requested is based on this Application, the attached *Declaration of Keith Patrick Banner* (the "Banner Declaration") and the concurrently filed notice of the Application. To the extent required, the Trustee further requests that the Court take judicial notice of the bankruptcy case docket and all pleadings filed herein, including the specific pleadings referenced in the Application. In support of the Application, the Trustee respectfully represents as follows.

## I.    JURISDICTION AND VENUE

The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The venue of this proceeding and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Trustee consents to the entry of a final judgment or order with respect to the Application, if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution. The statutory predicates for the relief requested herein are sections 327(a) and 330 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

## II.    BACKGROUND

### A.    Commencement and Conversion of the Bankruptcy Case

On December 08, 2025 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of the Bankruptcy Code, commencing the within bankruptcy case. On December 22, 2025, the Debtor filed certain of his required schedules and statements [Docket No. 9], which he later supplemented or ameneded on March 31, 2026 [Docket Nos. 39 and 42] (collectively, the "Schedules").

The Trustee was appointed the chapter 7 trustee of the Debtor's bankruptcy estate, as reflected in the *Notice of Chapter 7 Bankruptcy Case* [Docket No. 3] filed on December 8, 2025.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

2

APPLICATION TO
EMPLOY COUNSEL

The first chapter 7 meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") was held on January 14, 2026 and it has been continued from time to time. The 341(a) Meeting is currently scheduled for May 8, 2026 at 9:00 a.m.

**B.    The Debtor's Disclosures and Pending Rule 2004 Process**

The Debtor's Schedules disclose limited assets, with no interest in real property disclosed and two vehicles being his only significant assets. Notably, the Debtor elected to not file a joint petition with his non-filing spouse Yiwei Lyu. Despite limited disclosed assets, the Debtor discloses liquidated debts in excess of $20 million and a series of "unknown" debts related to "judgments in China". Relatedly, the Debtor discloses two pending lawsuits pending in the U.S. District Court for the Central District of California: (1) Shenzhen Zhaobangji Small Loan Co.. v. Chenshi Zhuang et al., Case No. 2:25-cv-05235-MWC-MAA; and (2) Weijie Xu v. Chenshi Zhuang et al., Case No. 2:24-cv-08671-RGK-BRM. The Debtor further discloses a $100,000 pre-petition transfer to Yiwei Lyu as a "bride price" pursuant to a "marriage offer".

On March 30, 2026, creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd., and Winson Credit (HK) Limited (collectively the "Moving Creditors") filed a *Joint Motion of Moving Creditors for Order Requiring Examinations and Production of Documents by the Debtor and Yiwei Lyu Pursuant to Rule 2004 of Federal Rules of Bankruptcy Procedure* [Docket No. 38] (the "2004 Motion). In the 2004 Motion, Moving Creditors make troubling allegations regarding the Debtor and his non-filing spouse. Moving Creditors allege that Debtor, "along his parents Chenshi Zhuang and Qufang Zhuag (debtors in Case No. 2:25-bk-21016-BR in this District), his older brother Zhifeng Zhuang, now a federal *fugitive* for having defied multiple orders of the United States District Court for the Central District of California, incurred at least *$110 million* in debt in their native China" 2004 Motion, at 4. Moving Creditors further assert that the Chinese courts specifically determined the Debtor and his family had the capacity to repay such loans, but have purportedly engaged in embezzlement. The Debtor and his family then purportedly fled to the United States and have been embroiled in domestic litigation with the Moving Creditors. On April 3, 2026, the Court entered an order granting the 2004 Motion and compelling the Debtor and Yiwei Lyu to appear for examinations on June 4 and 5, 2026, respectively.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

III.    **RELIEF REQUESTED**

The Trustee wishes to employ Greenberg Glusker as his general bankruptcy counsel in connection with the Debtor's bankruptcy case, effective as of April 27, 2026.  As discussed above, this chapter 7 case is complex, involving, among other things, extensive litigation regarding upwards of $110 million in foreign debts and allegations of embezzlement and related troubling acts of the Debtor.

The Trustee seeks to retain Greenberg Glusker as his general bankruptcy counsel to address the foregoing issues and to investigate the Debtor's pre-petition and post-petition financial affairs, investigate and, if appropriate, seek recovery of any bankruptcy estate assets; and assist the Trustee with any other matters that may be uncovered through further investigation.

Greenberg Glusker is well-qualified to provide the Trustee legal counsel in the bankruptcy case.  Greenberg Glusker has significant experience in rendering legal counsel to parties in bankruptcy in the Central District of California, and the attorneys who will represent the Trustee in this case specialize in bankruptcy law, including complex liquidations and bankruptcy litigation. Greenberg Glusker also has expertise in large real estate matters, and in various other legal areas, including corporate, tax, and civil litigation matters.  Summaries of the experience and qualifications of the attorneys with Greenberg Glusker who are expected to render bankruptcy services to the Trustee are attached as Exhibit 1 to the Banner Declaration.

The Trustee requires general bankruptcy counsel to render the following types of professional services, among others:

(a)    Assist and advise the Trustee regarding the Trustee's duties and powers in this case;

(b)    Assist and advise the Trustee with respect to his investigation of potential assets of the estate, including the circumstance of the Debtor's affairs and its decision to file the petition and initiate the bankruptcy case;

(c)    Assist the Trustee with the disposition of assets of the estate, including obtaining appropriate orders of the Court;

APPLICATION TO
EMPLOY COUNSEL

Declaration Page 0013

(d)      Assist the Trustee with the investigation of litigation claims of the estate, including whether or not the estate owns any valuable avoidance claims;

(e)      If appropriate, prosecute litigation claims on behalf of the Trustee and the estate;

(f)      Assist and advise the Trustee with respect to any claims filed against the estate, and file any objections thereto, if required; and

(g)      Provide such other legal services as may be required by Trustee in the course of his duties as chapter 7 trustee herein.

The Trustee has selected Greenberg Glusker to represent him in this case as his general bankruptcy counsel.  The Trustee is not a member or partner of Greenberg Glusker.  However, the Trustee is familiar with Greenberg Glusker and its attorneys and believes it can perform the legal services required herein ably and efficiently.  Therefore, the employment of Greenberg Glusker as attorneys for the Trustee is in the best interest of the estate.  A copy of the Trustee's engagement agreement (the "Engagement Agreement") with Greenberg Glusker is attached as <u>Exhibit 2</u> to the Banner Declaration.

Effective representation of the Trustee called for Greenberg Glusker to commence rendering services on April 27, 2026, which the firm has done in the interests of the bankruptcy estate.

IV.    <u>**NO ADVERSE INTERESTS/DISINTERESTEDNESS**</u>

As of the date of this Application, to the best of the Trustee's knowledge and after consideration of the disclosures made in the Banner Declaration, Greenberg Glusker and all of its partners, associates and counsel are disinterested persons as that term is defined in 11 U.S.C. § 101(14).  Except as disclosed herein and in the Banner Declaration, neither Greenberg Glusker nor any of its partners, associates or counsel are connected with the Debtor, its creditors, any other party-in-interest, its respective attorneys and accountants, or the bankruptcy estate.  As to the Trustee, Greenberg Glusker currently represents and has represented the Trustee in the past in matters in which he is the chapter 7 or chapter 11 trustee, and may do so in the future.  In addition, Greenberg Glusker has and will also represent clients in matters in which the clients are adverse to

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

5

APPLICATION TO
EMPLOY COUNSEL

the Trustee when he acts in his capacity as a chapter 11 trustee, a chapter 7 trustee, or otherwise works as a lawyer.  All of these matters are wholly unrelated to Greenberg Glusker's work for the Trustee in this matter and the Debtor's bankruptcy case.

Based on these disclosures made herein and in the Banner Declaration, the Trustee submits that no reason for denial of employment of Greenberg Glusker exists.

**V.    COMPENSATION**

As set forth in the Engagement Agreement, Greenberg Glusker has not been paid a retainer in connection with its representation of the Trustee.  Greenberg Glusker has agreed to apply to the Court for approval of its fees and reimbursement of its costs in accordance with the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

As detailed in the Banner Declaration, the normal billing rates of Greenberg Glusker, at the time of this Application, generally range from $450 to over $1,000 per hour for attorneys, and from $375 to $575 per hour for paralegals and litigation support staff.[1]  Greenberg Glusker has agreed to a reduced hourly of $700/hour for Keith Patrick Banner, the primary attorney who will work on this case, reduced from his base firm rate of $790/hour.  Other attorneys from Greenberg Glusker's Bankruptcy and Financial Restructuring Group or other department may work on this case. Greenberg Glusker's rates are subject to annual adjustments (effective January 1st of each year). A list of the current billing rates for the attorneys and paralegals of Greenberg Glusker most likely to be involved in the representation of the Trustee in connection with this bankruptcy case is attached to the Banner Declaration as Exhibit 3.

Greenberg Glusker has not received any retainer in connection with representation of the Trustee in this case.  It is contemplated that Greenberg Glusker will seek compensation based upon hourly billing rates, and reimbursement of expenses pursuant to the Guidelines promulgated by the Executive Office of the U.S. Trustee and as set forth herein.  A list of expenses ordinarily charged by Greenberg Glusker to its clients is attached to the Banner Declaration as Exhibit 4.

---

[1] As of the date of this Application, no attorney in Greenberg Glusker's Bankruptcy and Financial Restructuring Group has an hourly rate exceeding $1,000.

31261-00002/8039577.1                                6                            APPLICATION TO
                                                                                 EMPLOY COUNSEL

VI.    **CONCLUSION**

Based on the foregoing, the Trustee respectfully requests entry of an order authorizing the retention, pursuant to sections 327 of the Bankruptcy Code, of Greenberg Glusker to act as general bankruptcy counsel for the Trustee with respect to the matters referred to in this Application and, generally, upon the terms and conditions set forth above, effective as of April 27, 2026.

DATED: April 30, 2026

_____
ROSENDO GONZALEZ, Trustee

DATED: April 30, 2026

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: */s/ Keith Patrick Banner*
_____
KEITH PATRICK BANNER (SBN 259502)
Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Declaration Page 0016

## DECLARATION OF KEITH PATRICK BANNER

**(Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure)**

I, Keith Patrick Banner, declare:

1.      I am an attorney duly admitted to practice before this United States Bankruptcy Court.  I am a partner at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker"), proposed general bankruptcy counsel for Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor").  I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2.      Greenberg Glusker, located in Century City, California, has been in existence for over 65 years.  Currently, Greenberg Glusker has approximately 120 attorneys, practicing in a variety of areas, including bankruptcy and restructuring.  Greenberg Glusker and the members of its bankruptcy group are highly experienced in rendering legal counsel to parties in bankruptcy cases pending in the Central District of California.  Greenberg Glusker and the members of its bankruptcy group are experienced in the representation of chapter 11 and chapter 7 trustees and are competent to perform the general bankruptcy services required by the Trustee.  Greenberg Glusker also has expertise in real estate, corporate, tax, and civil litigation matters, which can be called on to assist the Trustee, as needed.

3.      I am the attorney who will be principally responsible for handling the case on behalf of the Trustee.  I am experienced in handling matters in the areas of bankruptcy, reorganization and creditor's rights.  All the attorneys in Greenberg Glusker's bankruptcy group are experienced in cases such as this one.  My experience and qualifications are described in my attorney biography attached hereto as Exhibit 1.

4.      A true and correct copy of Greenberg Glusker's engagement agreement with the Trustee is attached hereto as Exhibit 2 (the "Engagement Agreement").

5.      To the best of my knowledge, based upon a review of Greenberg Glusker's regular computerized records and the Debtor's schedules and other disclosures made in this chapter 7 case, neither I, Greenberg Glusker, nor any of its partners, associates or counsel has any connection with

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

DECLARATION OF
KEITH PATRICK BANNER

the Debtor, its creditors herein or any other party-in-interest in this estate, its respective attorneys and accountants, or the bankruptcy estate, adverse or otherwise, except as follows: I, personally, and Greenberg Glusker, represent and have represented the Trustee in the past in matters in which he is the chapter 7 or chapter 11 trustee, and may do so in the future. In addition, Greenberg Glusker has and will also represent clients in matters in which the clients are adverse to the Trustee when he acts in his capacity as a chapter 11 trustee, a chapter 7 trustee, or otherwise works as a lawyer. All of these matters are wholly unrelated to Greenberg Glusker's work for the Trustee in this matter and the Debtor's bankruptcy case.

6. I have reviewed the list of creditors and other interested parties as identified in the Debtor's Schedules and Statement of Financial Affairs and to the best of my knowledge, based upon a review of Greenberg Glusker's regular computerized records, I believe neither I, Greenberg Glusker, nor any of its partners, associates or counsel has any connection with the creditors or interested parties listed therein.

7. To the best of my knowledge, based upon a review of Greenberg Glusker's regular computerized records of cases, clients and parties affected by cases, Greenberg Glusker has no pre-petition claim against the Debtor or the estate of any kind. Greenberg Glusker does not and will not represent any related debtor before this or any other Court, and to the best of my knowledge Greenberg Glusker and each of its attorneys is disinterested relative to this case.

8. Greenberg Glusker and its members are not related to or employees of the Office of the United States Trustee or the United States Bankruptcy Judge herein.

9. As set forth in the Engagement Agreement, Greenberg Glusker has not been paid a retainer in connection with its representation of the Trustee.

10. The normal billing rates of Greenberg Glusker, at the time of this Declaration, generally range from $450 to over $1,000 per hour for attorneys, and from $375 to $575 per hour for paralegals and litigation support staff. As of the date of this Declaration, no attorney in Greenberg Glusker's Bankruptcy and Financial Restructuring Group has an hourly rate exceeding $1,000. Greenberg Glusker agreed to a reduced hourly rate of $700/hour for Keith Patrick Banner, the primary attorney who will work on this case, from his base firm rate of $790/hour. Other

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

9

DECLARATION OF
KEITH PATRICK BANNER

attorneys from Greenberg Glusker's Bankruptcy and Financial Restructuring Group or other department may work on this case. These rates are subject to annual adjustments (effective January 1st of each year). A list of the billing rates for the attorneys and paralegals of Greenberg Glusker most likely to be involved in the representation of the Trustee in connection with this bankruptcy case is attached hereto as Exhibit 3.

11.    Attached hereto as Exhibit 4 and incorporated herein by this reference is a schedule of cost reimbursements regularly sought by Greenberg Glusker from its regularly paying clients. These items are consistent with the United States Trustee's Guidelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2026, at Los Angeles, California.

_____
KEITH PATRICK BANNER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

10

DECLARATION OF
KEITH PATRICK BANNER

Declaration Page 0019

EXHIBIT 1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1





# Keith Patrick Banner

**Partner**

KBanner@ggfirm.com
Phone – 310.201.7469

Keith Patrick Banner focuses his practice on business insolvency and distressed transactions with relevant experience in a variety of industries, including retail, entertainment, technology and real estate.

Providing a calm and understanding approach to what often amounts to a rather tumultuous time for a business, Keith helps guide companies through a myriad of insolvency solutions that are appropriate for the particular circumstance, including out-of-court transactions, such as the refinance of complex loan facilities or an assignment for the benefit of creditors ("ABC"); or through the bankruptcy court in a chapter 11 reorganization or chapter 7 liquidation.

In addition to representing distressed businesses, Keith also represents bankruptcy trustees in chapter 11 and chapter 7 cases, navigating through complex investigations, asset sales, contentious litigation and the variety of other aspects of such bankruptcies. Keith is further skilled in bankruptcy-related litigation, including fraudulent transfer and preference recovery actions.

Beyond his bankruptcy practice, Keith also has significant experience in a variety of corporate transactions, including mergers and acquisitions and private equity investments.

Prior to joining the firm, Keith served as the judicial law clerk to the Honorable Peter H. Carroll, U.S. Bankruptcy Judge for the Central District of California. Prior to clerking, Keith practiced at an AM Law 100 firm and a boutique insolvency firm, both located in Los Angeles. This diversity of experience provides Keith with a broad perspective and the tools for a company's successful rehabilitation.

### Clerkship

## Services

- Bankruptcy, Reorganization & Capital Recovery
- Restructuring & Loan Workout
- Corporate Structuring & Operations
- Mergers & Acquisitions
- Retail & Hospitality

EXHIBIT 1
12

Declaration Page 0021

- Honorable U.S. Bankruptcy Judge Peter H. Carroll for the Central District of California

## Professional Affiliations

- Board Member, Los Angeles Bankruptcy Forum (LABF)
- Member, Financial Lawyers Conference (FLC)
- Member, American Bankruptcy Institute (ABI)

## Awards

- *Chambers USA*, Up and Coming Lawyer in Bankruptcy/Restructuring, 2022–2025
- *LA Times Studios*, Banking & Finance Visionaries, 2026
- *Legal 500*, US Elite Los Angeles - Banking & Finance, 2026
- *The Best Lawyers in America®,* Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2024–2026
- *Los Angeles Times,* Banking and Finance Visionaries, 2023

## Bar Admissions

- California

## Court Admissions

- Central District of California
- Eastern District of California
- Northern District of California

## Education

- Northwestern University School of Law (J.D., *cum laude*, 2008)
- University of California, Los Angeles (B.A., *summa cum laude*, 2005)
  - Political Science

# Representative Matters

**Litigation**

- Defending landlord in a complex fraudulent transfer case by the liquidating trustee of Art & Architecture, a Chapter 11 debtor. The case involves several companies and several defendants, and also involves an unusual aspect of fraudulent transfer law as to whether a third-party recipient of funds may raise certain defenses.
- Represented client in a complex commercial case involving failed oil and gas investments in three countries (Canada, United States & Spain).  Assisted client with wind down of its operations and in asserting claims in connection therewith.
- Represented client in a multi-defendant fraudulent transfer lawsuit arising out of the bankruptcy of the debtor company. The plaintiff sued our client, a mezzanine lender, and several other parties, for fraudulent transfer in connection with a previous leveraged buyout (LBO).
- Represented oversees company in successful defense of preference lawsuit in

EXHIBIT 1
13

Declaration Page 0022

Chapter 7 case of American Solar Direct.

**Bankruptcy & Insolvency**

- Representing Jason Rund, the Chapter 7 Trustee of the bankruptcy estate of non-profit Youth Policy Institute, Inc.
- Represented men's clothing retail company Bachrach in "Chapter 22" (two separate Chapter 11 cases), one in which the company re-organized and the other through which the company liquidated.
- Represented retail furniture operator in Southern California in out-of-court liquidation, after which we guided the client through a Chapter 7 bankruptcy.
- Assisted an architectural group in enforcing rights under executory contracts in the Verity Health System bankruptcy, one of the largest hospital bankruptcy filings in California.
- Represented oversees television distribution company in enforcing its contractual rights in Penthouse Global Media Chapter 11 case.
- Assisted client in enforcing right to priority payment under Section 503(b)(9) of the Bankruptcy Code in the Gymboree Chapter 11 case.
- Represented Frame LA Brands, LLC and Good American, LLC in connection with their contested termination of third-party logistics agreements in the Chapter 11 case of West Coast Distribution.
- Represented fashion brand in connection with negotiating critical vendor and supply agreement in Neiman Marcus Chapter 11 case.

**Corporate Transactional**

- Assisted client in workout of multiple real estate projects, including hotels, land developments, and commercial properties.  Also evaluated and assisted in workout of funds raised by client to purchase real estate projects.
- Represented a vegetarian restaurant group in its acquisition by a private equity firm.
- Represented international musical equipment manufacturer in its acquisition of popular guitar amp manufacturer.
- Represented Ramona's Restaurant Group in general corporate/franchise reorganization.

# Publications

November 26, 2024
**Providing a Fresh Start: Guiding a Client in Financial Hardship to Debt Relief**

May 5, 2023
**Bankruptcy Round-Up: In The News**

EXHIBIT 1
14

Declaration Page 0023

October 18, 2022
**Cannabis and Bankruptcy Laws**

July 11, 2022
**Bankruptcy & Restructuring Roundtable Highlights**

December 3, 2021
**The Dead (and Their Bankruptcy Estate) Cannot Hold Property Under Recent Ninth
Circuit Bankruptcy Appellate Panel Decision**

July 26, 2021
**Bankruptcy & Restructuring - A Roundtable Discussion**

April 20, 2021
**Private Retirement Plans as an Asset Protection Tool**

March 17, 2020
**9 Things for Businesses to Consider During a COVID-19 Cash Crunch**

September 17, 2018
**A Sweet Victory: New Value Defense Bolstered by Court's Protection of Ice Cream
Vendor**

August 29, 2017
**Beware of the ABL Trap: The Challenges of Retail Chapter 11 Debtors and Asset
Based Lending**

March 15, 2017
**A Hypothetical Question Deserves a Hypothetical Answer: The Ninth Circuit's
Approach to Preference Transfers in In re Tenderloin Health**

December 21, 2016
**December 1, 2016 Revisions to the FRBPs: Taking the Bite Out of the Core-
Noncore Distinction**

EXHIBIT 1
15

Declaration Page 0024

EXHIBIT 2

ENGAGEMENT AGREEMENT

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

![Greenberg Glusker logo]

**Keith Patrick Banner**
D: 310.201.7469
F: 310.553.0687
KBanner@ggfirm.com

April 27, 2026

**Via E-Mail**

Rosendo Gonzalez, Chapter 7 Trustee
Gonzalez & Gonzalez Law, P.C.
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013

     Re:     Terms of Greenberg Glusker's Engagement

Dear Ross:

Thank you for retaining Greenberg Glusker Fields Claman & Machtinger LLP to represent Rosendo Gonzalez ("you") solely in your capacity as chapter 7 trustee in bankruptcy case of *In re Zhihui Zhuang*, Bankruptcy Case No. 2:25-bk-21019-NB pending in the United States Bankruptcy Court, Central District of California, Los Angeles, Division.

     <u>Engagement:</u>

Our goal is to provide you with the highest quality legal services in a cost-effective manner to help you reach your objectives. Our firm's policy, in accordance with the general requirements of the California Business & Professions Code, requires that we have a written agreement with our clients setting forth the arrangements upon which we perform legal services. This letter sets forth the terms of the agreement under which you have retained us.

The terms of engagement in this letter also will apply to any additional matters we handle on your behalf or at your direction or for your entities (i.e., those owned or controlled by you, or under common control with you). When we handle matters for your entities, both you and those entities will be jointly and severally responsible for payment of our bills for those matters. The terms of this letter shall apply from the first date we performed work for which we are now being engaged, but we shall have no obligation to perform work until you return a signed copy of this letter and any required retainer. This letter, once fully signed, will supersede any prior engagement letters between us with respect to the work for which we are now being engaged and any additional matters we handle on your behalf or at your direction or for your entities in the future.

     <u>Roles of Attorney and Client:</u>

Our responsibilities are to provide legal counsel and assistance to you in accordance with the terms of this letter and to provide statements to you that clearly state the basis for our fees and charges. During the course of our firm's engagement by you, we may express opinions or

---

Greenberg Glusker LLP | 2049 Century Park East, Suite 2600 | Los Angeles, CA 90067 | 310.553.3610 | **greenbergglusker.com**
99910-01033/8035511.1

EXHIBIT 2
17

Declaration Page 0026

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 2

beliefs to you about the effectiveness of various courses of action or about the results that might be anticipated. Such statements are expressions of opinion only and should not be construed as promises or guaranties. You, as the client, are ultimately responsible for any decision whether to proceed with a particular course of action or transaction.

In the course of our relationship, we ask that you be clear and complete in your communications with us and cooperate with us to enable us to provide you with the legal services you seek. Please keep us informed of developments related to this representation.

You have the right to terminate our services at any time without limitation. We may withdraw with or without your consent if we determine, in our sole discretion, that we need to do so. We will be entitled to be paid for all services rendered and costs or expenses incurred on your behalf through the last date we provide services. If permission for termination or withdrawal is required by a court or arbitration panel, we will request such permission, and you agree not to oppose our request. You also agree to sign substitution-of-attorney forms or other documents that may be necessary to confirm the conclusion of our relationship.

After the conclusion of our services on a matter, changes may occur in the laws or regulations that could have an impact upon your future rights and liabilities. Unless you and we later agree that we will provide additional advice on issues arising from the concluded matter, we have no continuing obligation to advise you with respect to that matter, including with respect to changes in the laws or regulations regarding such matter. The fact that we may inform you from time to time of developments in the law that may be of interest to you, whether by email or otherwise, should not be understood to revive or create an attorney-client relationship.

Document Retention in Litigation:

If our representation of you involves actual or reasonably anticipated litigation, you have a duty to take affirmative steps to preserve all potentially relevant evidence, including both paper documents and electronically stored information (such as email, text messages, word processing documents, spreadsheets, databases, calendars, voice mail, and other computer network information) that may be relevant to the litigation. For that reason, you must: (1) immediately suspend any document destruction programs to the extent such programs might lead to the destruction of evidence that may be relevant to the litigation; and (2) continue the preservation of such evidence until the litigation is resolved. Ensuring the preservation and retention of all potentially relevant evidence is not an easy task, but there can be severe consequences from even an inadvertent failure to do so. We are available to consult with you regarding an appropriate "litigation hold" on all reasonable sources of potentially relevant information.

No Calendaring or Collections:

If this matter involves litigation or arbitration, we will be responsible for monitoring and complying with any deadlines imposed by the court or the arbitrator. With respect to any agreements to which you are or may in the future be a party, including agreements resulting from the settlement of any litigation, our firm will *not* be responsible for monitoring or complying with any deadlines related to the giving of notice, the exercising of rights (e.g., options), or the making of other decisions within certain time periods (e.g., exercising any audit rights, granting

 **Greenberg Glusker**

greenbergglusker.com

99910-01033/8035511.1

EXHIBIT 2
18

Declaration Page 0027

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 3

an approval or consent, filing UCC Continuation Statements, filing fictitious business name renewals, making any other filings with governmental authorities, or filing or replying to legal claims), even if an agreement provides that we or any of our attorneys are to receive a copy of any notice given to you under the agreement, unless we have expressly agreed in writing to monitor the deadline for you. Further, you understand and agree that we are not responsible for collecting monies due to you unless you and we expressly agree in writing that we will do so.

Billing and Fees:

We normally bill for our services monthly, and you agree to pay each billing statement within twenty-one (21) days after it is sent to you. If any payment is not made when due, our firm may assess interest on the unpaid balance at the rate of one percent (1%) per month or the maximum amount allowed by law, whichever is lower. We believe that our billing procedures are simple and clear. However, we encourage you to ask any questions regarding our statements as soon as you receive them. Unless you otherwise direct us in writing, we will send you our billing statements by electronic mail to the following email address(es): rossgonzalez@gonzalezplc.com, or such other email address(es) as you may direct us in writing.

You understand that it is impossible to determine in advance the amount of fees and costs that will be incurred in your matter(s). Any estimate or budget we may provide is not a guarantee of the actual fees or costs that will be incurred.

Our fees are computed on an hourly basis in accordance with standard rates assigned to each attorney and paralegal assistant. Billings will be reflected in one-tenth of an hour increments. Currently, attorney and paralegal rates vary from $450 to $2,500 per hour. I will be primarily responsible for representing you. Our firm has established my hourly rate at $790.00; however, for your matters my current hourly rate will be $700.00. Other or additional attorneys and paralegals also may perform services, in our discretion, and you will be charged for their services at the rates established by our firm. Our hourly rates are subject to change, and the applicable rates will be those in effect at the time the services are performed. We review our rates annually and changes, if any, normally become effective on January 1 of each year. We will provide you with information regarding our hourly rates at your request at any time. Our monthly statements will set forth the hourly rate, time spent, and work performed by each attorney and paralegal working on your matter.

In addition to fees for services, we will bill you monthly for costs and expenses incurred on your behalf and for certain in-house administrative services. Expenses such as court filing fees, filing fees of other government agencies, entity name reservations, trademark and tradename searches, fees and expenses of accountants or experts retained on your behalf, charges for transcripts, depositions, reproduction of documents when done by an outside service, computerized legal research, and parking and travel expenses will be billed at the actual costs incurred by us; we will normally ask that any such item, individually or in the aggregate, in excess of $100 be paid directly by you to the third party. Expenses such as reproduction of documents in our office, mileage, and word processing will be charged at our standard rates in effect at the time the expense is incurred. We currently do not bill clients for long distance



99910-01033/8035511.1

greenbergglusker.com

EXHIBIT 2
19

Declaration Page 0028

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 4

telephone charges or faxes. A list of our current charges for these services is attached, and an itemization will be provided to you upon request at any time.

In certain circumstances, a court may order payment of fees or costs by one party to the other. If any such fees or costs are paid to us, they will be credited against the amount you owe us, but you will remain liable for any unpaid portion of our bills. If the court awards fees or costs against you in favor of the opposing party, you will be responsible for payment of that amount separately from, and in addition to, any amounts due us. In this or any future matters in which we represent you, you hereby grant us, and we shall have, a lien upon any judgment, settlement, or other payment in your favor for any unpaid fees or costs. We advise you to consult with independent counsel before you agree to grant us this lien.

Also, as a bankruptcy trustee in a bankruptcy proceeding we acknowledge that you may only pay our attorneys' fees with a prior court order. As such, we will file a petition seeking an order from the court that you pay for our services at the conclusion of the matter. We may also file interim petitions seeking orders that you pay for our services during the pendency of the matter. All payments will be made only from available assets in the bankruptcy estate.

<u>Payment of Fees and/or Costs by a Party Other Than Client:</u>

To the extent that any fees and/or costs in this matter will be paid by a person or entity other than you, our client, we are required to obtain your written consent under Rule 1.8.6 of the California Rules of Professional Conduct. We confirm to you that any payment of fees and/or costs by a third party shall not interfere with the independence of our professional judgment or the attorney/client relationship between us and you. By signing this letter, you expressly confirm and acknowledge that you consent to our receipt of payment for your fees and/or costs by third parties that you direct or authorize to make such payment to us and that you waive any conflict that may arise in connection with the payment to us by a third party of fees and/or costs. Our acceptance of payment from a third party will not in any way modify our responsibilities to you. Acceptance of third party payments will neither create an attorney-client relationship with the third party nor require or authorize us to make any disclosures to the third party about you or the matters upon which we represent you.

<u>Retainer:</u>

We have agreed to initially waive the requirement of a retainer for this matter.

<u>Conflicts of Interest:</u>

We cannot, and will not, without appropriate consents, represent any party if there is a conflict of interest with any of our other clients. In order to avoid conflicts of interest among our clients, we maintain a database of relevant names. In connection with this matter, we have searched for the names set forth on the attached list. Please advise us, when you return the signed copy of this letter, if you know of any other individuals or entities that may be involved in this matter. In addition, if you learn in the future of other individuals or entities that may be involved, please inform us at once so that we may search for conflicts of interest with respect to them.



99910-01033/8035511.1

<span style="float:right">greenbergglusker.com</span>

<span style="float:right">EXHIBIT 2
20</span>

<span style="float:right">Declaration Page 0029</span>

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 5

Responding to Subpoenas and Other Requests for Information:

If we are required to respond to a subpoena of our records relating to services we have performed for you, or to testify by deposition or otherwise concerning such services, we will first consult with you as to whether you wish to supply the information demanded or assert your attorney-client privilege to the extent you may properly do so. You agree to reimburse us for our time and expense incurred in responding to any such demand, including, but not limited to, time and expense incurred in search and photocopying costs, reviewing documents, appearing at depositions or hearings, and otherwise litigating issues raised by the request.

Document Retention and Destruction Policy:

We may decide to retain certain materials relating to our representation of you solely in electronic format. After our representation of you has concluded with respect to a particular matter, we will have no obligation to maintain, preserve, review, or store the materials relating to that matter for more than seven (7) years. If you would like us to provide you with the files relating to that matter, please inform us in writing within seven (7) years of the cessation of our work on that matter. We have the right to destroy the files if you do not inform us in writing within seven (7) years of the cessation of our work on a matter that you would like us to provide you with the files relating to that matter.

If you request, we will retain essential, ink-signed documents (i.e. negotiable instruments, wills, and trusts) in paper form at our office or deliver them to you. If at any time you request your client file, you agree that delivery to you of electronic materials (together with physical copies of materials not saved electronically) will satisfy our obligation to release to you all client papers and property. Please note that you will be responsible for any costs of making a copy of your file that we may retain. You acknowledge that we own all attorney work product and have no obligation to make the original or a copy thereof available to you. If you have any questions or concerns about our document retention and destruction policy, please discuss them with us.

Arbitration:

We appreciate the opportunity to serve as your attorneys and look forward to a harmonious relationship unmarred by disputes between us. In the event you become dissatisfied for any reason with the fees charged or the services we have performed, we encourage you to bring that to our attention immediately. We believe that most such problems can be resolved by good faith discussion. Nevertheless, it is always possible that a dispute may arise that cannot be resolved by discussion between us. Binding arbitration, rather than court action, can resolve disputes more expeditiously and with less expense to all concerned.

Arbitration is a process by which parties to a dispute submit the matter to an arbitrator, who generally has expertise in the area, and agree to abide by the arbitrator's decision. In arbitration, there is no right to a trial by jury, and the arbitrator's legal and factual determinations are generally not subject to appellate review. Rules of evidence and procedure are often less formal and rigid than in a court. Arbitration usually results in a decision more quickly than proceedings in court, and the fees and other costs incurred by both sides are usually less.



99910-01033/8035511.1

greenbergglusker.com

EXHIBIT 2
21

Declaration Page 0030

Case 2:25-bk-21019-NB   Doc 57   Filed 04/30/26   Entered 04/30/26 17:07:19   Desc
Main Document     Page 22 of 28

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 6

**By signing this letter, we agree and you agree, on behalf of yourself and all entities owned or controlled by you, or under common control with you, that, in the event of any dispute arising out of or relating to this agreement, our relationship, or the services performed (including but not limited to disputes regarding fees or costs, claims of negligence, breach of fiduciary duty, fraud, or any claim based upon a statute or rule), such dispute shall be resolved by submission to binding arbitration in Los Angeles County, California, before a retired judge or justice under the auspices of JAMS, Inc. (formerly known as Judicial Arbitration and Mediation Services) pursuant to its Comprehensive Arbitration Rules and Procedures then in effect. If you and we are unable to agree on an arbitrator, the arbitrator will be selected pursuant to such rules and procedures then in effect.**

The current JAMS Rules can be found at https://www.jamsadr.com/rules-comprehensive-arbitration/. In any arbitration, each of us shall be entitled to take discovery in accordance with the provisions of the California Code of Civil Procedure, but either you or we may request that the arbitrator limit the amount or scope of discovery, and, in determining whether to do so, the arbitrator shall balance the need for the discovery against our mutual desire to resolve disputes expeditiously and inexpensively.

<u>Confirmation of Agreement:</u>

This agreement may be signed in handwritten signature counterparts, and signature pages may be transmitted by facsimile, email, or other means, each of which shall constitute an original, and together one and the same document.

Please confirm your agreement to the terms of this letter and, if you are signing on behalf of an entity, that you are authorized to do so, by signing and returning this letter to us. Our wire transfer and ACH payment instructions are attached for your convenience.



99910-01033/8035511.1

**greenbergglusker.com**

EXHIBIT 2
22

Declaration Page 0031

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 7

We will endeavor to represent you promptly and efficiently, and we hope for a long and mutually satisfactory relationship.

Sincerely,

Keith Patrick Banner

KPB/cmw

AGREED AND CONSENTED TO

By: _____
Rosendo Gonzalez, Solely as Chapter 7 Trustee of the Bankruptcy Case of *In re* Zhihui Zhuang


Greenberg Glusker

99910-01033/8035511.1

greenbergglusker.com

EXHIBIT 2
23

Declaration Page 0032

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 8

To help you understand your bills, listed below are typical cost items charged by our firm. You are charged the actual cost for costs incurred on your behalf to third parties. Payment information is also included.

**Messenger Service**              $5.00 for one of our employees to deliver an item outside of our office in the immediate Century City area.  Actual charges of a commercial messenger service outside the immediate Century City area.

**Parking**                        Actual parking charges.

**Mileage**                        Charged at the standard mileage rate published by the IRS in effect when the miles are driven; this rate is $0.725 per mile for 2026.

**Photocopying**                   $0.20 per page.

**Word Processing/**               $30.00 - $44.00 per hour.  Charged when a client's
**Secretarial Overtime**           requirements make additional Secretarial Services
**or Additional Services**         necessary

**Payment Information**            RETAINER account in US Dollars:

                                   Bank Name:

                                   SWIFT CODE:

                                   ABA:

                                   Account Name

                                   Account No.



greenbergglusker.com

99910-01033/8035511.1

EXHIBIT 2
24

Declaration Page 0033

Rosendo Gonzalez, Chapter 7 Trustee
April 27, 2026 | Page 9

### **Conflict Search List**

- Rosendo Gonzalez
- Zhihui Zhuang
- American Express
- Guangdong Jiexi Rural Commerical Bank Co., Ltd
- Guangfa Bank Gu Fen You Xian Co
- Hong Ma
- Hongwei Yang
- Michael E. Israel
- Demidchik Law Firm PC
- Muxun Liu
- Shenzhen Yu He Xing Investment
- Shenzhen Zhaobangji Small Loan Co.
- Weijie Xu
- Winson Credit (HK) Limited
- Xiaolan Jie
- Xing Ye Bank Joint Stock Limited Company Shenzhen
- Yunhua Peng
- Zhaoxiu Weng
- Chase Auto Finance
- Maria W Tam



greenbergglusker.com

99910-01033/8035511.1

EXHIBIT 2
25

Declaration Page 0034

EXHIBIT 3

Greenberg Glusker Fields Claman & Machtinger LLP
2026 Attorney Billing Rate Schedule

| Professional | 2026 Base Billing Rate | 2026 Agreed Reduced Billing Rate |
|---|---|---|
| Keith Patrick Banner (partner) | $790/hour | $700/hour |

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8039577.1

EXHIBIT 3
26

EXHIBIT 4

Greenberg Glusker Fields Claman & Machtinger LLP has established the following rates of reimbursement for expenses in conformance with the Local Bankruptcy Rules for the Central District of California:

| Photocopying/scanning/printing | $.20 per page |
|---|---|
| Messenger | $5.00 for one of our employees to deliver an item outside of our office in the immediate Century City area. Actual charges of a commercial messenger service outside the immediate Century City area. |
| Mileage | Charged at the standard mileage rate published by the IRS in effect when the miles are driven; this rate is $0.725 per mile for 2026. |
| Word Processing/ Secretarial Overtime or Additional Services | $30.00 - $44.00 per hour. Charged when a client's requirements make additional Secretarial Services necessary |
| Other | Actual cost |

31261-00002/8039577.1

EXHIBIT 4
27

Declaration Page 0036

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): <u>CHAPTER 7 TRUSTEE'S APPLICATION
TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY
COUNSEL; DECLARATION OF KEITH PATRICK BANNER IN SUPPORT THEREOF</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>April 30, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
- Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com,
  rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Julie M Romersa    julie.romersa@lewisbrisbois.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- Maria W Tam    tammailbox@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Minyao Wang    minyao.wang@lewisbrisbois.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>April 30, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Debtor:*
Zhihui Zhuang
150 Fano Street, Unit A
Arcadia, CA 91006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2026 | Cynthia Miller Watkins | /s/ Cynthia Miller Watkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

31261-00002/8042065.1

Declaration Page 0037

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): <u>Declaration That No Party Requested a Hearing on Motion</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>May 22, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com
- **Rosendo Gonzalez (TR)**    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Julie M Romersa**    julie.romersa@lewisbrisbois.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **Maria W Tam**    tammailbox@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Minyao Wang**    minyao.wang@lewisbrisbois.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/22/2026 | Cynthia Miller Watkins | /s/ Cynthia Miller Watkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

31261-00002/8069100.1