| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>Telephone: 310-553-3610<br>Facsimile: 310-553-0687<br><br>☐  Individual *appearing without an attorney*<br>☒  *Proposed Attorney for:* Rosendo Gonzalez, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ZHIHUI ZHUANG,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-21019-NB<br><br>CHAPTER: 7<br><hr><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel [Docket No. 57]</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL</u>

was lodged on (*date*) <u>May 22, 2026</u> and is attached.  This order relates to the application which is docket number <u>57</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

31261-00002/8069139.1

KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re:<br><br>ZHIHUI ZHUANG,<br><br>                  Debtor. | Case No. 2:25-bk-21019-NB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED] |

The Court having considered the Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel [Docket No. 57] (the "Application") filed by Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), pursuant to which the Trustee seeks entry of any order authorizing the employment of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as general bankruptcy counsel pursuant to the terms of that certain engagement agreement (the "Engagement Agreement") attached as Exhibit 2 to the *Declaration of Keith Patrick Banner* accompanying the Application; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

31261-00002/8068208.1

ORDER
2:25-BK-21019-NB

response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

IT IS ORDERED THAT:

1.      The Application is GRANTED.

2.      The Trustee is AUTHORIZED to retain Greenberg Glusker as his general bankruptcy counsel under section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") pursuant to the terms and conditions set forth in the Engagement Agreement and Application, effective as of April 27, 2026.

3.      Any fees authorized to be paid to Greenberg Glusker hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

# # #

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com**
- **Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
- **Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
- **Julie M Romersa    julie.romersa@lewisbrisbois.com**
- **David Samuel Shevitz    David.S.Shevitz@usdoj.gov**
- **Maria W Tam    tammailbox@gmail.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Minyao Wang    minyao.wang@lewisbrisbois.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/22/2026 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

31261-00002/8069139.1