KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 28 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

In re:

ZHIHUI ZHUANG,

Debtor.

Case No. 2:25-bk-21019-NB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**

[NO HEARING REQUIRED]

The Court having considered the Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel [Docket No. 57] (the "Application") and the supporting Statement of Disinterestedness [Docket No. 68] filed by Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), pursuant to which the Trustee seeks entry of any order authorizing the employment of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as general bankruptcy counsel pursuant to the terms of that certain engagement agreement (the "Engagement Agreement") attached as Exhibit 2 to the *Declaration of Keith Patrick Banner* accompanying the Application; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the

31261-00002/8068208.1

ORDER
2:25-BK-21019-NB

Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

IT IS ORDERED THAT:

1.      The Application is GRANTED.

2.      The Trustee is AUTHORIZED to retain Greenberg Glusker as his general bankruptcy counsel under section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") pursuant to the terms and conditions set forth in the Engagement Agreement and Application, effective as of April 27, 2026.

3.      Any fees authorized to be paid to Greenberg Glusker hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

4.      Notwithstanding any other provisions, Judge Bason's standard terms apply (unless struck through): (a) employment is per 11 U.S.C. § 327 not § 328 (*i.e.,* all aspects of fees are reviewed for reasonableness); (b) payment only per 11 U.S.C. § 330(a) - no lien or superpriority claim is allowed (except as explicitly allowed – *e.g.,* realtor commissions are usually percentages approved upon employment and paid from proceeds of approved sales); (c) maximum 2 hours per day of non-working time (*e.g.,* travel, or waiting for matter to be called) absent an adequate explanation; (d) **no buyers' premium** for auctioneers; (e) **no dual agency**; (f) all matters relating to the professional's engagement, compensation and costs shall be resolved in this court, notwithstanding any provisions for arbitration, choice of venue, or the like, (g) any indemnification, limitation of damages or the like is ineffective; (h) billing judgment and bankruptcy limitations are mandatory, keeping in mind that a debtor in possession/trustee is acting for the benefit of creditors/the estate; and (i) notwithstanding any waivers, including as to disclosures or conflicts, federal bankruptcy requirements govern, and any waiver can apply only as against Debtor, not the bankruptcy estate. *See, e.g.,* 11 U.S.C. § 327(a) (professionals may not "hold or represent an interest adverse to the estate"); *In re Strand,* 375 F.3d 854 (9th Cir. 2004) (billing judgment); *In re Circle K Corp.,* 279 F.3d 669 (9th Cir. 2002) (fee review under § 330

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

not § 328); *In re Garcia*, 335 B.R. 717, 723-29 & n. 6 (9th Cir. BAP 2005) (billing judgment); *In re Triple Star Welding, Inc.,* 324 B.R. 778, 790-91 (9th Cir. BAP 2005) (full disclosure is mandatory, and debtor cannot waive conflicts on creditors' behalf); *In re AWTR Liquidation, Inc.,* 548 B.R. 300, 327-30 (Bankr. C.D. Cal. 2016) (cost/benefit analysis when dealing with constituencies whose interests may diverge).

# # #

Date: May 28, 2026

Neil W. Bason
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067