United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 25-21019-NB

Zhihui Zhuang                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**     **Recipient Name and Address**
db     +  Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Benjamin Heston
    on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Samuel Shevitz
    on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Julie M Romersa
    on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com

Julie M Romersa
    on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com

Julie M Romersa
    on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com

Keith Patrick Banner
    on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com
    calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com

District/off: 0973-2                  User: admin                  Page 2 of 2

Date Rcvd: May 28, 2026              Form ID: pdf042              Total Noticed: 1

Maria W Tam

on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com

Minyao Wang

on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. minyao.wang@lewisbrisbois.com

Minyao Wang

on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com

Minyao Wang

on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com

Rosendo Gonzalez (TR)

rgonzalez@ecf.axosfs.com
rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 12

KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

Proposed Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 28 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| In re: | Case No. 2:25-bk-21019-NB |
|---|---|
| ZHIHUI ZHUANG, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL** |
| | [NO HEARING REQUIRED] |

The Court having considered the Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel [Docket No. 57] (the "Application") and the supporting Statement of Disinterestedness [Docket No. 68] filed by Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), pursuant to which the Trustee seeks entry of any order authorizing the employment of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as general bankruptcy counsel pursuant to the terms of that certain engagement agreement (the "Engagement Agreement") attached as Exhibit 2 to the *Declaration of Keith Patrick Banner* accompanying the Application; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the

31261-00002/8068208.1

ORDER
2:25-BK-21019-NB

Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

IT IS ORDERED THAT:

1.    The Application is GRANTED.

2.    The Trustee is AUTHORIZED to retain Greenberg Glusker as his general bankruptcy counsel under section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") pursuant to the terms and conditions set forth in the Engagement Agreement and Application, effective as of April 27, 2026.

3.    Any fees authorized to be paid to Greenberg Glusker hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

4.    Notwithstanding any other provisions, Judge Bason's standard terms apply (unless struck through): (a) employment is per 11 U.S.C. § 327 not § 328 (*i.e.,* all aspects of fees are reviewed for reasonableness); (b) payment only per 11 U.S.C. § 330(a) - no lien or superpriority claim is allowed (except as explicitly allowed – *e.g.,* realtor commissions are usually percentages approved upon employment and paid from proceeds of approved sales); (c) maximum 2 hours per day of non-working time (*e.g.,* travel, or waiting for matter to be called) absent an adequate explanation; (d) **no buyers' premium** for auctioneers; (e) **no dual agency**; (f) all matters relating to the professional's engagement, compensation and costs shall be resolved in this court, notwithstanding any provisions for arbitration, choice of venue, or the like, (g) any indemnification, limitation of damages or the like is ineffective; (h) billing judgment and bankruptcy limitations are mandatory, keeping in mind that a debtor in possession/trustee is acting for the benefit of creditors/the estate; and (i) notwithstanding any waivers, including as to disclosures or conflicts, federal bankruptcy requirements govern, and any waiver can apply only as against Debtor, not the bankruptcy estate. *See, e.g.,* 11 U.S.C. § 327(a) (professionals may not "hold or represent an interest adverse to the estate"); *In re Strand,* 375 F.3d 854 (9th Cir. 2004) (billing judgment); *In re Circle K Corp.,* 279 F.3d 669 (9th Cir. 2002) (fee review under § 330

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

not § 328); *In re Garcia*, 335 B.R. 717, 723-29 & n. 6 (9th Cir. BAP 2005) (billing judgment); *In re Triple Star Welding, Inc.*, 324 B.R. 778, 790-91 (9th Cir. BAP 2005) (full disclosure is mandatory, and debtor cannot waive conflicts on creditors' behalf); *In re AWTR Liquidation, Inc.*, 548 B.R. 300, 327-30 (Bankr. C.D. Cal. 2016) (cost/benefit analysis when dealing with constituencies whose interests may diverge).

# # #

Date: May 28, 2026

_____
Neil W. Bason
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8068208.1

3

ORDER
2:25-BK-21019-NB