United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 25-21019-NB

Zhihui Zhuang                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                           User: admin                                 Page 1 of 2

Date Rcvd: Jun 02, 2026                    Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name                        Email Address**

Benjamin Heston
                      on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Samuel Shevitz
                      on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Julie M Romersa
                      on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com

Julie M Romersa
                      on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com

Julie M Romersa
                      on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com

Keith Patrick Banner
                      on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com
                      calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com

District/off: 0973-2         User: admin         Page 2 of 2

Date Rcvd: Jun 02, 2026         Form ID: pdf042         Total Noticed: 1

Maria W Tam
> on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com

Minyao Wang
> on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com

Minyao Wang
> on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com

Minyao Wang
> on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. minyao.wang@lewisbrisbois.com

Rosendo Gonzalez (TR)
> rgonzalez@ecf.axosfs.com
> rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

United States Trustee (LA)
> ustpregion16.la.ecf@usdoj.gov


TOTAL: 12

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

**FILED & ENTERED**

**JUN 02 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:25-bk-21019-NB |
| | ) |
| | ) Chapter 7 |
| **ZHIHUI ZHUANG**, | ) |
| | ) **ORDER APPROVING STIPULATION TO** |
| Debtor(s). | ) **EXTEND TIME TO FILE A COMPLAINT** |
| | ) **UNDER SECTION 727** |
| | ) |
| | ) [NO HEARING REQUESTED] |
| | ) |
| | ) |

After consideration of the Stipulation to Extend Time to File a Complaint under Section 727, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

//

- 1 -

**IT IS FURTHER ORDERED** that the deadline date, for the U.S. Trustee and the Chapter 7 Trustee only, to file a complaint objecting to Debtor's discharge under § 727 in this case is EXTENDED up to and including **September 16, 2026.**

# # #

Date: June 2, 2026

Neil W. Bason
United States Bankruptcy Judge

- 2 -