United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 25-21019-NB

Zhihui Zhuang                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                     User: admin                              Page 1 of 2

Date Rcvd: Jun 16, 2026                  Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID**          **Recipient Name and Address**
db           +  Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Benjamin Heston
          on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Samuel Shevitz
          on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Julie M Romersa
          on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com

Julie M Romersa
          on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com

Julie M Romersa
          on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com

Keith Patrick Banner
          on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com
          calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com

District/off: 0973-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 16, 2026                       Form ID: pdf042                               Total Noticed: 1

Maria W Tam
 on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com

Minyao Wang
 on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com

Minyao Wang
 on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com

Minyao Wang
 on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. minyao.wang@lewisbrisbois.com

Rosendo Gonzalez (TR)
 rgonzalez@ecf.axosfs.com
 rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

United States Trustee (LA)
 ustpregion16.la.ecf@usdoj.gov


TOTAL: 12

KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:     310-553-3610
Facsimile:     310-553-0687

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 16 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

ZHIHUI ZHUANG,

                    Debtor.

Case No. 2:25-bk-21019-NB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR FURTHER EXTENDING DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

[NO HEARING REQUIRED]

The Court having considered the *Stipulation Between Chapter 7 Trustee and Debtor Further Extending Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* [Docket No. 77] (the "Stipulation") entered into by and between Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), on the one hand, and the Debtor, on the other, through their counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.     The Stipulation is **APPROVED**.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

31261-00002/8091209.1

2.    The deadline for the Trustee to object to the Debtor's discharge under section 727 of title 11 of the United States Code is hereby extended from June 16, 2026 to September 16, 2026.

###

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Date: June 16, 2026

Neil W. Bason
United States Bankruptcy Judge

2

31261-00002/8091209.1