# EXHIBIT A

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julie M. Romersa (SBN 341871)
Julie.Romersa@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800

Minyao Wang (*pro hac vice* forthcoming)
minyao.wang@lewisbrisbois.com
140 Broadway, Suite 3100
New York, NY 10005
Tel: (212) 232-1300

*Attorneys for Movants Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. and Winson Credit (HK) Limited*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

ZHIHUI ZHUANG

Debtor.

BK NO. 25-bk-21019-NB

Chapter 7

**[PROPOSED] ORDER GRANTING JOINT MOTION TO COMPEL DEBTOR TO PRODUCE DOCUMENTS AS REQUIRED BY ORDER GRANTING MOTION FOR FRBP 2004 DISCOVERY AND FOR SANCTION AGAINST DEBTOR AND HIS COUNSEL**

A hearing was held on [   ], 2026 and the Court, having heard and considered the "Notice of Joint Motion and Joint Motion to Compel Debtor to Produce Documents As Required By Order Granting Motion for FRBP 2004 Discovery and for Sanctions Against Debtor and His Counsel" (the "Motion") filed, through counsel, by Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd., and Winson Credit (HK) Limited (collectively, the "Moving Creditors"), pursuant to Rules 2004, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, Rules 26 and 37 of the Federal Rules of Civil Procedure, and Local Bankruptcy Rules 2004-1 and 7026-1(c), the memorandum of points an

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

180530887.1

authorities and declaration filed therewith,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtor cannot limit production to the last four years. Mr. Zhuang is required to search for and produce documents as instructed by the Moving Creditors' Subpoenas. The beginning date of the search period is January 1, 2017, unless a Request specifies a different time period. The Debtor shall produce all documents formerly withheld on this basis within ten (10) days.

3. The Debtor must search for and produce documents in response to the Moving Creditors' Subpoenas that are within his custody, possession, or control, including documents in the files of Chinese courts and institutions to which he can apply for access. The Debtor is not entitled to refuse to produce responsive documents on the grounds that documents are in China and that he left China years ago. The Debtor shall produce all documents formerly withheld based on such objections within ten (10) days.

4. Within three (3) days of entry of this Order, the Debtor shall produce all identification documents from both China and the United States, a list of his current and past phone numbers, email addresses and online account names and copies of his U.S. immigration application(s).

5. Within twenty-one (21) days of entry of this Order, the Debtor and his counsel shall file a sworn declaration describing in detail the document collection, search, and review actions taken by him and his counsel in response to the 2004 Order and Subpoenas, including without limitation a detailed description of the processes that he and his counsel performed to (i) identify all of the Debtor's electronic devices; all online document repositories to which he access; all social media, email, and other accounts associated with electronic documents; all bank accounts and related account statements; and all other potential sources of responsive hard copy and electronic documents that may exist; and (ii) search the foregoing sources for responsive documents, including without

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

180530887.1    2

limitation for documents responsive to the Requests related to expenses or money transfers, to assets or financial or business transactions or records related to the Debtor, his family members or business interests associated with the Debtor.

6.    Once document productions are complete, the Debtor shall attend a Rule 2004 Examination to be scheduled by the Moving Creditors.

7.    The Debtor and his counsel are jointly and severally liable to the Moving Creditors for all reasonable fees and costs incurred in connection with this Motion and the Moving Creditors shall file an application for fees within twenty-one (21) days.

**IT IS SO ORDERED.**

# # #

180530887.1  3