**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julie M. Romersa SBN 341871
Julie.Romersa@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800

Minyao Wang (*pro hac vice* admitted)
minyao.wang@lewisbrisbois.com
140 Broadway, Suite 3100
New York, NY 10005
Tel: (212) 232-1300

*Attorneys for Movants Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd. and Winson Credit (HK) Limited*

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:25-bk-21019-NB |
| | Chapter: 7 |
| ZHIHUI ZHUANG, | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
| Debtor. | |

1. The Moving Creditors respectfully apply under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   (a)    *Joint Motion to Compel Debtor to Produce Documents As Required By Order Granting Motion for FRBP 2004 Discovery and for Sanctions Against Debtor and His Counsel.*

   (b)    This Motion is filed on July 22, 2026.

2. Compliance with LBR 9075-1(b)(2)(A)

   (a)    In their underlying Motion, the Moving Creditors request entry of an order to compel the Debtor, Zhihui Zhuang, to produce certain documents in response to a Rule

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

180536533.1

2004 Order signed by this Court on April 3, 2026 and served on Mr. Zhuang on April 10, 2026.

(b)    The parties met and conferred on May 4, 2026 and were unable to reach a resolution of their differences concerning the Rule 2004 Order.  In an effort to accommodate the alleged scheduling issues for Mr. Zhuang's counsel, the parties entered into a stipulation (*see* ECF 62) providing that Mr. Zhuang is required to file a motion for protective order in time for the motion *to be heard no later than August 14, 2026*.  The Stipulation further provides that if Mr. Zhuang does not do so, the Moving Creditors can file an affirmative motion to compel.  The Moving Creditors' deadline to move to object to discharge was also extended to September 16, 2026 as part of this stipulation.

(c)    An identical stipulation was filed in Case No. 2:25-bk-21016-BR, where the Debtors are Mr. Zhuang's parents.  The debtors in both cases are represented by Maria Tam, Esq..

(d)    The Debtors in both cases are unable or willing to adhere to the stipulated deadline agreed to by the parties for the filing of a motion for protective order.

(e)    The Moving Creditors filed on the evening of July 21, 2026 a motion to compel on regular notice. The Motion will be heard by Judge Barry Russell on August 11, 2026 at 10:00 am.

(f)    Due to summer holiday travel plans, the Debtors were unable to file a motion in this case until today.

(g)    In light of the agreed-to August 14, 2024 deadline for the filing of a protective order motion, the current deadline of September 16, 2026 to object to a discharge, and the Court's published calendar, the Moving Creditors respectfully request that the Court shorten notice and provide a briefing schedule that will honor the letter and spirit of the deadline set forth in the parties' Stipulation.  Both bankruptcy cases have been pending for a significant period

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

of time and the Moving Creditors should be afforded the opportunity to move forward to obtain the necessary discovery to challenge the Debtor's eligibility for a discharge, among other things. Given the Debtors' egregious history of delays and obfuscation in both China and the United States, Mr. Zhuang should not be rewarded for his failure to adhere to a stipulated deadline.

(h)    In light of the overlap of legal and factual issues in both cases, the Moving Creditors intend to file a motion as soon as possible to have this case reassigned to Judge Russell to achieve judicial economy and efficiency. But to the extent that reassignment does not occur, the Moving Creditors respectfully ask that Judge Bason hear this matter on or before August 14, 2026 in accordance with the parties' Stipulation.

3.  Compliance with LBR 9075-1(b)(2)(B): *See* Minyao Wang's declaration in support of the underlying motion, which justifies setting a hearing on shortened notice and establishes a *prima facie* basis for the granting of the motion. In short, the Moving Creditors need to obtain additional discovery well in advance of the September 16, 2026 deadline to prepare their adversary complaints.

4.  The Moving Creditors have lodged a Proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE.

DATED: July 22, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
MINYAO WANG
140 Broadway, Suite 3100
New York, New York 10005
Tel: (212) 232-1300
Minyao.Wang@lewisbrisbois.com

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3

JULIE M. ROMERSA
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800
Julie.Romersa@lewisbrisbois.com

*Attorneys for Weijie Xu, Shenzhen Zhaobangji
Small Loan Co., Ltd. and Winson Credit (HK)
Limited*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
140 Broadway, Suite 3100
New York, New York 10005

A true and correct copy of the foregoing document entitled (*specify*): _____ **APPLICATION FOR ORDER
SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____7/22/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/22/2026 | Minyao Wang | /s/ Minyao Wang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

180461560.2 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Attachment 1

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, calendar@greenbergglusker.com, cmillerwatkins@greenbergglusker.com, MilanaECF@ggfirm.com
- **Leo A Bautista**    leo.bautista@lewisbrisbois.com, Cora.Ruvalcaba@lewisbrisbois.com
- **Rosendo Gonzalez (TR)**    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com, jzavala@gonzalezplc.com, zig@gonzalezplc.com, gig@gonzalezplc.com
- **Julie M Romersa**    julie.romersa@lewisbrisbois.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **Maria W Tam**    tammailbox@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Yang Wenyao**    yangwenyao@concordsage.com

177440065.1