| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re: Zhihui Zhuang,<br><br><br>**FILED**<br>JUL 23 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:               Deputy Clerk<br><br>Debtor(s). | **ENTERED**<br>JUL 23 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CASE NO. 2:25-bk-21019-NB<br>BY:               Deputy Clerk<br><br>CHAPTER: 7<br><br>**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**<br>☒ **WITHIN DIVISION TRANSFER**<br>☐ **WITHIN DISTRICT TRANSFER** |

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge

Barry Russell _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to

BR _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☒ Other: N/A -- no adversary proceedings yet filed _____

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will

be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____


Date: 7/23/26

_____*Neil W. Bason*_____
UNITED STATES BANKRUPTCY JUDGE


The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case
to him/her.

Date: 7/23/2026        *Barry Russell*

_____
UNITED STATES BANKRUPTCY JUDGE