United States Bankruptcy Court

Central District of California

In re:                                                                            Case No. 25-21019-BR

Zhihui Zhuang                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                     User: admin                             Page 1 of 3

Date Rcvd: Jul 23, 2026                  Form ID: ntc2                           Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857 |
| 43053153 | | Guangdong Jiexi Rural, Commerical Bank Co., Ltd, Hepo Town Wenquan Kaifa District, Sanheng Road No.1 Jiexi County, China |
| 43053154 | | Guangfa Bank Gu Fen You Xian Co, Shen Nan Dong Lu No. 123, Bai Huo Guang Chang Xi Zuo, 19-22 ceng ShenZhen LuoHuQu, GuangDongSheng China |
| 43053155 | | Hong Ma, Tai Bai Lu 4009, Da Di Hua Yuan Dong Zuo 1011, ShenZhen LuoHuQu, GuangDongSheng China |
| 43053156 | | Hongwei Yang, Kang Yu Er Xiang No.2, ShenZhenShi LongGangQu, GuangDongSheng, China |
| 43053158 | | Muxun Liu, Long Xing Jie No. 5, ShenZhen LongGangQu, GuangDongSheng, China |
| 43053159 | | Shenzhen Yu He Xing Investment, Long Hua Jie Dao Song He, She Qu Dong Huan Yi Lu 220, Hao Yu He Xing Da Sha 3 ceng 318, Shenzhen LongGangQu China |
| 42823102 | + | Shenzhen Zhaobangji Small Loan Co., Lewis Brisbois Bisgaard and Smith, Attn: Minyao Wang, 250 Greenwich Street, 11/F, New York, NY 10007-2140 |
| 42823103 | + | Shenzhen Zhaobangji Small Loan Co., Lewis Brisbois Bisgarad and Smith, Attn: Hong Lu, 633 W. 5th Street, Suite 4000, Los Angeles, CA 90071-2074 |
| 42962959 | + | Weijie Xu, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071-2074 |
| 42823105 | + | Weijie Xu, Lewis Brisbois Bisgaard and Smith, Attn: Hong Lu, 633 W. 5th Street, Suite 4000, Los Angeles, CA 90071-2074 |
| 42823104 | + | Weijie Xu, Lewis Brisbois Bisgaard and Smith, Attn: Minyao Wang, 250 Greenwich Street, 11/F, New York, NY 10007-2140 |
| 42962984 | + | Winson Credit (HK) Limited, 633 West 5th Street, Suite 4000, Los Angeles, CA 90071-2074 |
| 43053161 | | Xiaolan Jie, Zhong Hang Lu Zhong Hang Yuan, 21 Dong 110 Fang, ShenZhen FuTianQu, GuangDongSheng China |
| 43053162 | | Xing Ye Bank Joint Stock, Limited Company Shenzhen, Shen Nan Da Dao No.4013, Xing Ye Building, Futian District, Shenzhen, China |
| 43053163 | | Yunhua Peng, He Tian Zhen Yue Xi Cun, Wei Hui Lou Du Cun No. 61, Luhexian, GuangDongSheng, China |
| 43053164 | | Zhaoxiu Weng, Shi Xia Bei Liu Jie Tian Jian, Yang Guang Hua Yuan B Zuo 31 E, ShenZhen FuTianQu, GuangDongSheng China |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: itcdbg@edd.ca.gov | Jul 24 2026 02:40:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 24 2026 02:41:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jul 24 2026 02:38:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 43053152 | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 02:45:18 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 43174469 | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 02:45:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Shenzhen Zhaobangji Small Loan Co, Ltd. |
| cr | | Weije Xu |
| cr | | Winson Credit (HK) Limited |
| intp | | Yiwei Lyu |
| 42823101 | ##+ | Michael E. Israel, Demidchik Law Firm PC, 17800 Castleton Street, Suite 605, Rowland Heights, CA 91748-5759 |

TOTAL: 5 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Julie M Romersa | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com |
| Keith Patrick Banner | on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com |
| Maria W Tam | on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com |
| Minyao Wang | on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |

District/off: 0973-2

Date Rcvd: Jul 23, 2026

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 13

# United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF REASSIGNMENT OF CASE

**DEBTOR(S) INFORMATION:**
Zhihui Zhuang
**SSN:** xxx–xx–8144
**EIN:** N/A

150 Fano Street, Unit A
Arcadia, CA 91006

**BANKRUPTCY NO.** 2:25–bk–21019–BR
**CHAPTER** 7

This case has been reassigned to Bankruptcy Judge Barry Russell for all further proceedings.

The last two alpha characters of the case number has been changed to indicate the new Judge.

Please use the new changes for all future matters regarding this case.

Dated: July 23, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc2 rev. 5/96) VAN–83

**87 / SF**