United States Bankruptcy Court

Central District of California

In re:

Zhihui Zhuang

    Debtor

Case No. 25-21019-NB

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Benjamin Heston
    on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

David Samuel Shevitz
    on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Julie M Romersa
    on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com

Julie M Romersa
    on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com

Julie M Romersa
    on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. julie.romersa@lewisbrisbois.com

Keith Patrick Banner
    on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com
    calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com

District/off: 0973-2          User: admin          Page 2 of 2

Date Rcvd: Jul 23, 2026          Form ID: pdf042          Total Noticed: 1

Maria W Tam

on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com

Minyao Wang

on behalf of Creditor Shenzhen Zhaobangji Small Loan Co  Ltd. minyao.wang@lewisbrisbois.com

Minyao Wang

on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com

Minyao Wang

on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com

Rosendo Gonzalez (TR)

rgonzalez@ecf.axosfs.com
rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Shraddha Bharatia

on behalf of Interested Party Courtesy NEF notices@becket-lee.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov


TOTAL: 13

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re: Zhihui Zhuang,<br><br>**FILED**<br>JUL 2 3 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:          Deputy Clerk<br><br>Debtor(s). | **ENTERED**<br>JUL 2 3 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CASE NO. 2:25-bk-21019-NB<br>BY:          Deputy Clerk<br><br>CHAPTER: 7<br><br>**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**<br>☒ WITHIN DIVISION TRANSFER<br>☐ WITHIN DISTRICT TRANSFER |

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge

Barry Russell _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to

BR _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☒ Other: N/A -- no adversary proceedings yet filed _____

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

*July 2013*                 Order Reassigning Bankruptcy Case to Judge by Mutual Consent                 **F 5004-3**

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will

be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 7/23/26

_____
*Neil W. Bason*
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case
to him/her.

Date: 7/23/2026

_____
UNITED STATES BANKRUPTCY JUDGE