## <u>EXHIBIT INDEX</u>

Exhibit 1 - Guangfa Bank Judgment and Execution Order (with English Translation).  On page 6, shows that the China Court is foreclosing 297 real properties to pay the creditors.

Exhibit 2 - Receipt issued by Creditor Weijie Xu for the First Loan.  Weijie Xu acknowledges repayment of 40 million (RMB) loan. This is the first loan made by Weijie Xu to the Companies. It was fully repaid.

Exhibit 3 -  is a copy of Weijie Xu China court judgment with translation.  On page 4, it shows that the China Court had foreclosed on numerous real properties as partial satisfaction of Weijie Xu debt.

Exhibit 4 - Yuanping Judgment (page 7). The red circle shows that numerous properties were foreclosed by the China Courts

Exhibit 5 - is a copy of the Industrial Bank judgment, on page 1, the red circle showed that the China Court has foreclosed on numerous real properties to pay creditor Industrial Bank.

Exhibit 6 - this is a summary of the voluminous documents produced by debtor Zhihui Zhuang

Exhibit 7 - email showing that Debtor Zhihui Zhuang's documents and written responses with objections were emailed on April 24, 2026

 Exhibit 8 - is a copy of debtor Zhihui Zhuang's Written Responses with Objections to 2004 Request for Production of Documents emailed to the Xu Group on April 24, 2026

Exhibit 9 - April 28, 2026 attorney Maria Tam's email requesting a meet and confer with attorney Minyao Wang to go over the written objections.

Exhibit 10 - is a copy of the Meet and Confer stating the grounds for the objections with the Proposed Stipulations for the Xu Group to key in their objections.

 Exhibit 11 - Email showing that all the redacted attorney bills of the federal court attorney Michael Israel were emailed on July 23, 2026

Exhibit 12 - Attorney Maria Tam BK retainer agreement and receipts and two credit reports of the Debtor were emailed on July 23, 2026