The yellow bookmark states: Weijie Xu Full Loan Repayment

# Loan Repayment Certificate

To Shenzhen Jianxin Fengyuan Investment Holding Co., Ltd.:

This is to certify that the borrower, Shenzhen Jianxin Fengyuan Investment Holding Co., Ltd., who borrowed RMB Forty Million from me on January 25, 2018 (Contract No.: (P)201801230006), has fully repaid both principal and interest as of August 16, 2019.

This certificate is hereby issued as the proof!

Lender: Weijie Xu

Signature:

Date: August 16, 2019



## 贷款结清证明

深圳市建信锋源投资控股有限公司：

借款人深圳市建信锋源投资控股有限公司于 2018 年 1 月 25 日向本人借款人民币肆仟万元整（大写）（合同编号：(P) 201801230006）已于 2019 年 8 月 16 日本息全部还清。

特此证明！

贷款人：

2019 年 8 月 16 日

# Repayment Agreement



**(Paid in Full)**
**August 12, 2019**

From top to bottom, in order: Fingerprint of Weijie Xu; Seal of Shenzhen Jianxin Fengyuan Industrial Co., Ltd.; Seal of Guangdong Aidewei Construction (Group) Co., Ltd.

**Party A: Weijie Xu**
Citizen Identification Number: 440306199303290314

**Party B: Shenzhen Jianxin Fengyuan Industrial Co., Ltd.**
Legal Representative: Zhichuang Zhuang
Unified Social Credit Code: 91440300192191015Q
Registered Address: 10th Floor, Unit 1001, Anhua Building, No. 8 Yingchun Road, Luohu District, Shenzhen City

**Party C: Guangdong Aidewei Construction (Group) Co., Ltd.**
Legal Representative: Yujing Ye
Unified Social Credit Code: 91440300617421139M
Registered Address: 3rd Floor, Podium Building No. 1, Pengyi Garden, Yibagua Road, Futian District, Shenzhen

On January 23, 2018, Party A and Party B entered into a Loan Agreement (Contract No.: (P) 201801230006), under which Party A loaned RMB Forty Million (¥40,000,000) to Party B. Party C signed a Letter of Guarantee (Contract No.: BH (P) 201801230006-8), providing a joint and several guarantee for the loan. The loan matured on July 23, 2018, but has not been repaid to date. After negotiation, Party A, Party B, and Party C have reached the following agreement regarding the repayment of the loan:

1. Party B and Party C agree to repay Party A, no later than August 9, 2019, the total outstanding principal and interest under the aforementioned Loan Agreement in the amount of RMB 29,376,960 (in words: Twenty-Nine Million Three Hundred Seventy-Six Thousand Nine Hundred Sixty Yuan), including principal of RMB 25,860,000 and interest of RMB 3,516,960 (calculated up to August 9, 2019). Upon completion of this repayment, all principal and interest under the Loan Agreement (Contract No.: (P) 201801230006) shall be deemed fully paid, and Party C's guarantee obligations shall be entirely discharged.

2. Party A agrees to submit an application to the Luohu District People's Court of Shenzhen for the release of the property preservation measures within three

(3) business days after receiving the repayment stipulated in Article 1 of this Agreement. The application shall request the release of the seizure on the property registered under the name of Party C, located at 3rd Floor, Podium Building No. 1, Pengyi Garden, Yibagua Road, Futian District, Shenzhen, with Property Ownership Certificate No.: Shen Fang Di Zi No. 3000685498. However, the preservation fee of RMB 5,000 and the guarantee fee of RMB 30,000 incurred by Party A for the property preservation shall be paid in full one-time by Party B and Party C to Party A no later than <u>August 9, 2019</u>. If such payment is not made in full by the deadline, Party A shall be entitled not to submit the application for the release to the court.

3. This Agreement shall become effective upon signature and affixation of seals by all three parties—Party A, Party B, and Party C—and after Party A has received the payment of RMB 29,376,960 from Party B and Party C.

4. Any dispute arising from this Agreement shall be resolved through negotiation among the parties. If the negotiation fails, the dispute shall be resolved in accordance with the dispute resolution provisions set forth in the Loan Agreement (Contract No.: (P) 201801230006), its Supplementary Agreement, and the Letter of Guarantee (Contract No.: BH (P) 201801230006-8).

5. This Agreement is executed in six (6) original copies, with each of Party A, Party B, and Party C holding two (2) copies, all of which shall have equal legal effect.

**Party A: (Weijie Xu)**
    (Signature and Fingerprint)

**Party B: Shenzhen Jianxin Fengyuan Industrial Co., Ltd.**
Legal Representative:

    (Signature and Seal)

**Party C:**
Legal Representative:

    (Signature and Seal)

From top to bottom, in order: Fingerprint of Weijie Xu; Seal of Shenzhen Jianxin Fengyuan Industrial Co., Ltd.; Seal of Guangdong Aidewei Construction (Group) Co., Ltd.

Date of Execution:

Place of Execution: Luohu District, Shenzhen

还 款 协 议  结 清  2019. 8. 12

甲方：许为杰，身份证号码：440306199303290314。

乙方：深圳市建信锋源实业有限公司
法定代表人：庄志创，统一社会信用代码：914403001921910015Q
住所地： 深圳市罗湖区迎春路 8 号安华大厦 10 楼 1001

丙方：广东爱得威建设（集团）股份有限公司
法定代表人：叶玉敬，统一社会信用代码：91440300661742 1139M
住所地：深圳市福田区八卦一路鹏益花园 1 号裙楼三层

2018 年 1 月 23 日，甲方和乙方签订编号为（P）201801230006 的《贷款合同》，由甲方向乙方出借人民币肆仟万元（小写：40,000,000 元）的借款，由丙方签署《担保函》（编号：BH（P）201801230006-8），为该笔借款提供连带保证责任担保。该笔借款已于 2018 年 7 月 23 日到期，但至今未获清偿。甲、乙、丙三方经协商，就借款的偿还达成一致协议如下：

一、乙方及丙方同意于 2019 年 8 月 9 日前向甲方偿还上述《贷款合同》项下尚欠的全部借款本息合计人民币 29,376,960 元（大写：贰仟玖佰叁拾柒万陆仟玖佰陆拾元），其中本金 25,860,000 元，利息 3,516,960 元（该利息计算至 2019 年 8 月 9 日）。此次偿还后，编号为（P）201801230006 的《贷款合同》项下的借款本息全部结清，丙方的担保责任亦全部解除。

二、甲方同意在收到本协议第一条约定的还款后三个工作日内向深圳市罗湖区人民法院递交解封申请，申请解除对丙方名下房产（即深圳市福田区八卦一路鹏益花园一号裙楼 3 层，产权证号为深房地字第 3000685498）的查封。但甲方为此次财产保全所支出的保全费 5000 元及担保费 30000 元，乙方及丙方应在 2019 年 8 月 9 日前一次性向甲方支付清结，否则，甲



方有权不向法院递交解封申请。

三、本协议经甲、乙、丙三方签字、盖章，并在甲方收到乙方及丙方偿还的人民币 29,376,960 元后生效。

四、因本协议产生的纠纷，双方应协商解决，协商不成的，应按《贷款合同》（合同编号：（P）201801230006）及其补充协议、《担保函》（编号：BH（P）201801230006-8）所确定的争议解决方式进行解决。

五、本协议一式六份，甲、乙、丙三方各执两份，均具有同等法律效力。

甲方（许为杰）：

乙方：深圳市建信锋源实业有限公司
法定代表人：

丙方：广东爱得威建设（集团）股份有限公司
法定代表人：

签约时间：
签约地点：深圳市罗湖区

# Payment Request Form

Payer:                                    August,16, 2019                                    No.

Handwritten Note: 1000+500+400+50+554.126+3.6438

Total: 2957.798 (×10K)

Of which:  RMB 2,954,269.85 – Principal and interest

RMB 35,000 – Property preservation fees

| | | Reason for Payment |
|---|---|---|
| Payee | Weijie Xu | |
| Account Number | 6217-0072-0004-3692-857 | Handwritten Note: RMB 6.86 million repaid toward principal; remaining is interest. |
| Opening Bank | China Construction Bank Lotus North Branch | |
| Amount (in words) | Ten Million Five Hundred Forty-One Thousand Two Hundred Sixty Yuan and Zero Cents | |
| Attachments | ￥10,541,260.00 | |
| Approval | Finance | 10,541,260 + 19,000,000 = 29,541,260 + 1,438 = 29,542,698 |

Signature:

| Accounting Supervisor | Bookkeeping | Verification | Cashier | Perpared by | Received |
|---|---|---|---|---|---|
| | | | | | |

Shenzhen Standard Accounting Vouchers Series

Supervised by Shenzhen Municipal Finance Bureau | Printed by Xilixin Printing Co.



付 款 审 请 书

1000+300+400+50+554.16+3.6438
合计2957.798(万)
实 2954.26985 (本息) 3.5万 (利息)

2019 年 8 月 16 日          字      号

| 收款单位 | 许为杰 | 付 款 原 因 |
|---|---|---|
| 账 号 | 6217-0072-0004-3692-857 | 686万还本 |
| 开户行 | 建设银行莲花北支行 | 余息 |
| 金 | 壹拾万伍仟肆佰贰陆拾元整 ¥ 10541260. | |
| 附件        张 | | 13541260+19000000 = 29541260. +1438 = 29542698 |

| 会计主管 | 记账 | 复核 | 出纳 | | 签收 |

# Payment Request Form

Payer:            August,15, 2019        No.

| | | Reason for Payment |
|---|---|---|
| Payee | Weijie Xu | |
| Account Number | 6217-0072-0004-3692-857 | Handwritten Note: |
| Opening Bank | China Construction Bank Lotus North Branch | Repaid toward principal |
| Amount (in words) | Nineteen Million Yuan Only | |
| Attachments | ¥19,000,000.00 | |
| Approval | Finance | Signature: |

| Accounting Supervisor | Bookkeeping | Verification | Cashier | Perpared by | Received |
|---|---|---|---|---|---|
| | | | | | |

Shenzhen Standard Accounting Vouchers Series

Supervised by Shenzhen Municipal Finance Bureau | Printed by Xilixin Printing Co.



# Payment Request Form

**Payer:** Jianxin Fengyuan – Agricultural Bank      August,16, 2019      No.

| | | Reason for Payment |
|---|---|---|
| Payee | Weijie Xu | |
| Account Number | 6217-0072-0004-3692-857 | Handwritten Note: |
| Opening Bank | China Construction Bank Lotus North Branch | 35000. Preservation Fee |
| Amount (in words) | Thirty-Six Thousand Four Hundred Thirty-Eight Yuan Only | Remaining Interest （1438） |
| Attachments | ￥36,438.00 | Payment made by Jianxin |
| Approval | Finance | Signature: |

| Accounting Supervisor | Bookkeeping | Verification | Cashier | Perpared by | Received |
|---|---|---|---|---|---|

Shenzhen Standard Accounting Vouchers Series

Supervised by Shenzhen Municipal Finance Bureau | Printed by Xilixin Printing Co.



**China Construction Bank Online Banking Transfer Receipt**

| Currency | RMB | Date | 20190816 | | Voucher No. | 102498007825 | Account detail number - Transaction serial number | 8445-4420001050NOPTGIROA |
|---|---|---|---|---|---|---|---|---|
| Payer | Account Full Name | **Shenzhen Shiji Fengyuan Investment Development Co., Ltd.** | | Payee | Account Name | Weijie Xu | | |
| | Account Number | 44201592500052502152 | | | Account Number | 6217007200043692857 | | |
| | Opening Bank | China Construction Bank Corporation, Shenzhen Hongli Branch | | | Opening Bank | Shenzhen LianHua North Branch, China Construction Bank Corporation | | |
| Amount in Words | RMB Thirty-Six Thousand Four Hundred Thirty-Eight Yuan Only | | | Amount in Figures | 36,438.00 | | | |
| Transaction Purpose | Repayment | | | Cash/Remittance Indicator | Cash | | | |
| Remarks | Online Transfer | | | | Sealed by: China Construction Bank – Electronic Receipt Special Seal | | | |

**Important Notice:** This receipt shall not serve as the final proof of transaction confirmation between the payer and the payee. Please print the official receipt on the second day after the transaction is successful.

Handwritten Note: **Preservation Fee：RMB 35,000 / Remaining Interest: RMB 1,438 /Pay Interest**



**Shenzhen Rural Commercial Bank**                                              Page: 1/1

**Current Location:** Card > Account > Transaction Details > Demand Deposit Transaction Inquiry

**Details:**

**Account/Card Number:** 6230351844200689                **Customer Name:** Zhihao Luo
**Transaction Date:** August 15, 2019                      **Currency and Amount:** RMB 10,000,000.00
**Counterparty Account Number:** 6217007200043692857      **Counterparty Name:** Weijie Xu
**Voucher Type:** Debit Card                               **Voucher Number:** 6230351844200689
**Summary:** Self-Service Teller                           **Transaction Channel:** Electronic Banking

**Kind Reminder:**

1. To provide more comprehensive details, this inquiry by default displays up to 1,000 transactions. For more, please click "Download More Details."
2. For any inquiries, please contact your local branch or call our customer service hotline: 961200 (Shenzhen) / 4001-961200 (nationwide)

**Handwritten Note:** 10 Million



〗农村商业银行 页码，1/1

您的位置： 卡折 » 账户 » 明细查询 » 活期交易查询

详细内容

| | | | |
|---|---|---|---|
| 账/卡号 | 6230351844200689 | 客户名称 | 罗志豪 |
| 交易日期 | 2019-08-15 | 币种金额 | 人民币 10,000,000.00 |
| 对方账号 | 6217007200043692857 | 对方名称 | 许为杰 |
| 凭证类型 | 信通卡 | 凭证号码 | 6230351844200689 |
| 摘要 | 自助转账 | 交易机构 | 电子银行 |

打印 丢片

温馨提示：
1、为给客户提供足够的对账服务，本交易默认在线查询/下载1000笔交易明细。如需下载更多明细，请点击"更多明细下载"。
2、您在使用过程中如有任何疑问，请拨我行在线客服或客服服务热线961200（深圳），4001-961200（全国）。

**Shenzhen Rural Commercial Bank**

Page: 1/1

**Current Location:** Card > Account > Transaction Details > Demand Deposit Transaction Inquiry

**Details:**

**Account/Card Number:** 6230351844200689

**Transaction Date:** August 15, 2019

**Counterparty Account Number:** 6217007200043692857

**Voucher Type:** Debit Card

**Summary:** Self-Service Teller

**Customer Name:** Zhihao Luo

**Currency and Amount:** RMB 5,000,000.00

**Counterparty Name:** Weijie Xu

**Voucher Number:** 6230351844200689

**Transaction Channel:** Electronic Banking

**Kind Reminder:**

1. To provide more comprehensive details, this inquiry by default displays up to 1,000 transactions. For more, please click "Download More Details."

2. For any inquiries, please contact your local branch or call our customer service hotline: 961200 (Shenzhen) / 4001-961200 (nationwide)

**Handwritten Note:** 5 Million



川农村商业银行

页码，1/1

您的位置：卡折> 账户> 明细查询> 活期交易查询

详细内容

| | | | |
|---|---|---|---|
| 账户卡号 | 6230351844200689 | 客户名称 | 罗志章 |
| 交易日期 | 2019-08-15 | 币种金额 | 人民币 5,000,000.00 |
| 对方账号 | 6217007200043692857 | 对方名称 | 许为杰 |
| 凭证类型 | 信通卡 | 凭证号码 | 6230351844200689 |
| 摘要 | 自助转账 | 交易机构 | 电子银行 |

打印    返回

温馨提示：
1、为给客户提供更完整的网银服务，本交易默认仅提供每次下载1000笔交易明细，如需下载更多明细，请点击"更多明细下载"。
2、您在使用过程中如有任何疑问，请咨询我行在线客服或客服热线961200（深圳），4001-961200（全国）。

**Shenzhen Rural Commercial Bank**                                                     Page: 1/1

**Current Location:** Card > Account > Transaction Details > Demand Deposit Transaction Inquiry

**Details:**

**Account/Card Number:** 6230351844200689                     **Customer Name:** Zhihao Luo
**Transaction Date:** August 15, 2019                         **Currency and Amount:** RMB 4,000,000.00
**Counterparty Account Number:** 6217007200043692857          **Counterparty Name:** Weijie Xu
**Voucher Type:** Debit Card                                  **Voucher Number:** 6230351844200689
**Summary:** Self-Service Teller                              **Transaction Channel:** Electronic Banking

**Kind Reminder:**

1. To provide more comprehensive details, this inquiry by default displays up to 1,000 transactions. For more, please click "Download More Details."
2. For any inquiries, please contact your local branch or call our customer service hotline: 961200 (Shenzhen) / 4001-961200 (nationwide)

**Handwritten Note:** 4 Million



**Shenzhen Rural Commercial Bank**                                              Page: 1/1

**Current Location:** Card > Account > Transaction Details > Demand Deposit Transaction Inquiry

**Details:**

**Account/Card Number:** 6230351844200689                    **Customer Name:** Zhihao Luo

**Transaction Date:** August 16, 2019                         **Currency and Amount:** RMB 5,000,000.00

**Counterparty Account Number:** 6217007200043692857         **Counterparty Name:** Weijie Xu

**Voucher Type:** Debit Card                                 **Voucher Number:** 6230351844200689

**Summary:** Self-Service Teller                             **Transaction Channel:** Electronic Banking

**Kind Reminder:**

1. To provide more comprehensive details, this inquiry by default displays up to 1,000 transactions. For more, please click "Download More Details."

2. For any inquiries, please contact your local branch or call our customer service hotline: 961200 (Shenzhen) / 4001-961200 (nationwide)

**Handwritten Note:** 5 Million



农村商业银行 页码，1/1

您的位置：卡折 > 账户 > 明细查询 > 活期交易查询

详细内容

| | |
|---|---|
| 账/卡号 6230351844200689 | 客户名称 罗志豪 |
| 交易日期 2019-08-16 | 币种金额 人民币 5,000,000.00 |
| 对方账号 6217007200043692857 | 对方名称 许为杰 |
| 凭证类型 信通卡 | 凭证号码 6230351844200689 |
| 摘要 自助转账 | 交易机构 电子银行 |

打印 返回

温馨提示：
1、为您客户提供更完整的网银服务，本交易默认仅可查询/下载1000笔交易明细，如需下载更多明细，请点击"更多明细下载"。
2、您在使用过程中如有任何疑问，请咨询我行在线客服或客服热线961200（深圳），4001-961200（全国）。

**Shenzhen Rural Commercial Bank**                                         Page: 1/1

**Current Location:** Card > Account > Transaction Details > Demand Deposit Transaction Inquiry

**Details:**

**Account/Card Number:** 6230351844200689                     **Customer Name:** Zhihao Luo
**Transaction Date:** August 16, 2019                         **Currency and Amount:** RMB 5,541,260.00
**Counterparty Account Number:** 6217007200043692857          **Counterparty Name:** Weijie Xu
**Voucher Type:** Debit Card                                  **Voucher Number:** 6230351844200689
**Summary:** Self-Service Teller                              **Transaction Channel:** Electronic Banking

**Kind Reminder:**
1. To provide more comprehensive details, this inquiry by default displays up to 1,000 transactions. For more, please click "Download More Details."
2. For any inquiries, please contact your local branch or call our customer service hotline: 961200 (Shenzhen) / 4001-961200 (nationwide)

**Handwritten Note:** Five Million Five Hundred Forty-One Thousand Two Hundred Sixty Yuan Only



Case 2:25-bk-21019-BR   Doc 92-3   Filed 08/10/26   Entered 08/10/26 23:05:56   Desc
Exhibit 2 - Weijie Xu acknowledgment of repayment of first loan   Page 25 of 28

 AGRICULTURE BANK OF CHINA

## Online Banking Electronic Receipt

Receipt Number:  3887049737236686656

| Payer | Account Number | 6230351844200689 | Payee | Account Number | 41025900040028849 |
|---|---|---|---|---|---|
| | Account Name | Zhihao Luo | | Account Name | Shenzhen Jianxin Fengyuan Industrial Co., Ltd. |
| | Opening Bank | Shenzhen Rural Commercial Bank | | Opening Bank | Agricultural Bank of China, Shenzhen Buji Branch |
| Amount (in figures) | | RMB 458740.00 | Amount (in words) | | Four Hundred Fifty-Eight Thousand Seven Hundred Forty Yuan Only |
| Currency | | RMB | Transaction Channel | | ACMP |
| Summary | | Transfer Deposit | Voucher Number | | 41025901040027617 |
| Transaction Time | | 2019-08-15 16:25:26 | Accounting Date | | 20190815 |
| Note | | Interbank transfer on behalf of Shiyan Zhuang | | | |

**Sealed by:** Agricultural Bank of China – Official Seal for Electronic Banking Services

Print Date: 2019-08-15

Page 1 of 1



中国农业银行
AGRICULTURAL BANK OF CHINA

网上银行电子回单

回单编号：38870479372368668656    第2次打印

| 付款方 | 账号 | 6230351844200689 | 收款方 | 账号 | 41025900040028849 |
| | 户名 | 罗志豪 | | 户名 | 深圳市建信锋源实业有限公司 |
| | 开户行 | 深圳农村商业银行 | | 开户行 | 中国农业银行股份有限公司深圳布吉支行 |
| 金额（小写） | | 458740.00 | 金额（大写） | | 肆拾伍万捌仟柒佰肆拾元整 |
| 币种 | | 人民币 | 交易渠道 | | ACMP |
| 摘要 | | 转账存款 | 凭证号 | | 41025901040027617 |
| 交易时间 | | 2019-08-15 16:25:26 | 会计日期 | | 20190815 |

跨行转账代庄士铅付款

附言

打印日期：2019-08-15

## DECLARATION AND CERTIFICATION

I, Jingchong Zhang, the translator at Global Bridge YuRun Translation hereby declare that:

I am a certified translator and interpreter qualified under the following credentials:

- Holder of a Certificate from the China Accreditation Test for Translators and Interpreters (CATTI), Level III, for both English–Chinese and Chinese–English translation
  Certificate No.: 20170092200920172200943100892
- Holder of a Certificate from Test for English Majors --- Band 8 (TEM 8)
  Certificate No. EVIII 1610014507
- Member of the American Translators Association (ATA)
  Membership No. M-183831

I declare to the best of my knowledge, ability, and belief, that the attached English translations are the true and accurate translations of the below 12 original Chinese documents.

## Specific Description of the Documents

1. Loan Repayment Certificate.

2. Repayment Agreement.

3. Payment Request Form -1

4. Payment Request Form -2

5. Payment Request Form -3

6. Shenzhen Rural Commercial Bank Screenshot – 1

7. Shenzhen Rural Commercial Bank Screenshot - 2

8. Shenzhen Rural Commercial Bank Screenshot - 3

9. Shenzhen Rural Commercial Bank Screenshot - 4

10. Shenzhen Rural Commercial Bank Screenshot - 5

11. Online Banking Electronic Receipt – China Construction Bank

12. Online Banking Electronic Receipt - AGRICULTURE BANK OF CHINA

I declare under penalty of perjury under laws of the State of California that the foregoing is true and correct.

This declaration is signed on March 28, 2025 in Irvine, California.

Jingchong Zhang
Co-Founder
Jingchongzhang21@gmai.com
Fushun Global Bridge YuRun Translation Co., Ltd.



Signature