# Longgang Primary People's Court, Shenzhen, Guangdong Execution Ruling

(2024) Yue 0307 Zhi Hui No. 528-3

Applicant for Enforcement: Xu Weijie, male, born on March 29, 1993, domiciled at Room 3-28B, Block 1, Lanjun Plaza, 1039 Haijing Second Road, Yantian District, Shenzhen, Guangdong Province, as per his ID card, citizen identity number 440306199303290314.

Person Subject to Enforcement: Zhuang Chenshi, male, born on October 1, 1957, domiciled at No. 508, Building 3, Market Complex Building, Xixiang Town, Bao'an District, Shenzhen, Guangdong Province, as per his ID card, citizen identity number 440306195710010414.

Person Subject to Enforcement: Zhuang Qufang, female, born on June 15, 1961, domiciled at No. 508, Building 3, Market Complex Building, Xixiang Town, Bao'an District, Shenzhen, Guangdong Province, as per her ID card, citizen identity number 440321196106150427.

Person Subject to Enforcement: Zhuang Zhihui, male, born on October 3, 1986, domiciled at No. 52, Xiyuan Villa, 3012 Xiangmihu Road, Futian District, Shenzhen, Guangdong Province, as per his ID card, citizen identity number 440306198610038851.

Person Subject to Enforcement: Zhuang Zhifeng, male, born on May 8, 1982, domiciled at No. 52, Xiyuan Villa, 3012 Xiangmihu Road, Futian District, Shenzhen, Guangdong Province, as per his ID card, citizen identity number 440306198205080474.

Person Subject to Enforcement: Shenzhen Jianxin Fengyuan Industrial Co., Ltd.,

domiciled at Room 802, Building T2, Upperhills (South District), 5001 Huanggang Road, Lianhua Yicun Community, Huafu Subdistrict, Futian District, Shenzhen, unified social credit code 91440300192191015Q.

Legal Representative: Zhuang Zhichuang.

Person Subject to Enforcement: Shenzhen Shiji Fengyuan Investment Development Co., Ltd., domiciled at 4/F, Apartment Building, Dongfang Ruijing Yuan, 203 Longping East Road, Longgang Subdistrict, Longgang District, Shenzhen, unified social credit code 914403007839257545.

Legal Representative: Zhuang Zhibin.

Person Subject to Enforcement: Qingyuan Century Xinyuan Investment Development Co., Ltd., domiciled at No. 19, Fourth Floor, Building 1, Century Hui Plaza, 3 Xianfeng East Road, Qingcheng District, Qingyuan, unified social credit code 91441802794612219A.

Legal Representative: Liu Xiangyu.

Person Subject to Enforcement: Shenzhen Fushiyuan Real Estate Development Co., Ltd., domiciled at 4/F, Building 26, Liuyuan Road, Henggang Subdistrict, Longgang District, Shenzhen, unified social credit code 914403007839265541.

Legal Representative: Zhuang Zhipeng.

Regarding the dispute over a loan contract between the applicant for enforcement Xu Weijie and the persons subject to enforcement Zhuang Chenshi, Zhuang Qufang, Zhuang Zhihui, Zhuang Zhifeng, Shenzhen Jianxin Fengyuan Industrial Co., Ltd., Shenzhen Shiji Fengyuan Investment Development Co., Ltd., Shenzhen Fushiyuan Real Estate Development Co., Ltd., and Qingyuan Century Xinyuan Investment Development Co., Ltd., the arbitration award (2021) Shen Guo Zhong Cai No. 411

issued by the Shenzhen Court of International Arbitration has become legally effective. Since the persons subject to enforcement failed to perform the obligations determined in the legally effective document, the applicant for enforcement applied to this court for resumption of compulsory enforcement, requesting the compulsory enforcement of the persons subject to enforcement to pay the principal of RMB 23,000,000 yuan, as well as interest, preservation fees, debt interest during the period of delayed performance, application fees for enforcement, and expenses actually incurred during enforcement, etc. This court has accepted the case in accordance with the law. This case is a resumed enforcement case, and the original enforcement case number was (2022) Yue 0307 Zhi No. 17446.

During the enforcement process, this court legally served the *Enforcement Notice*, *Property Reporting Order*, and *Property Declaration Form* to the persons subject to enforcement, ordering them to fulfill their obligations within the specified time limit and truthfully declare their property situation. At the same time, this court verified the property of the persons subject to enforcement, including bank deposits, stocks, industrial and commercial equity, real estate, land use rights, vehicles, Alipay account balances, etc., through the Shenzhen Court Eagle-Eye Investigation and Control Network and the National Court Network Enforcement Query and Control System, and legally took control measures against the following properties of the persons subject to enforcement: 1. Frozen the account 2000057497021 of the person subject to enforcement Zhuang Zhifeng at Ping An Bank, with a balance of RMB 1,153.08, for the period from December 10, 2024, to December 9, 2025. 2. Frozen the account 2000025553921 of the person subject to enforcement Zhuang Zhifeng at Ping An Bank, with a balance of RMB 744.95, for the period from December 10, 2024, to

December 9, 2025. 3. Frozen the account 6225680221000191862 of the person subject to enforcement Zhuang Chenshi at Guangfa Bank, with a balance of HKD 0, for the period from December 11, 2024, to December 9, 2025. 4. Frozen the account 39110166000827170 of the person subject to enforcement Zhuang Zhifeng at China Everbright Bank, with a balance of RMB 183.99, for the period from December 11, 2024, to December 9, 2025.

On January 10, 2023, this court legally seized a total of three properties under the name of the person subject to enforcement Zhuang Zhifeng located in Shangsha Town, Jiexi County, Jieyang City, Guangdong Province: the 1st-2nd, 3rd, and 4th rooms from the west on the south side of Guangchang Road (Certificate Numbers: C4598166, C4598167, C4598169) under enforcement case number (2022) Yue 0307 Zhi No. 17446. Because the persons subject to enforcement failed to voluntarily fulfill the obligations determined in the legally effective document, this court legally disposed of the aforementioned properties. This court legally determined Shenzhen Yunshang Land and Real Estate Asset Appraisal Consulting Co., Ltd. by lot drawing to appraise the value of the aforementioned properties. The total appraised value is RMB 4,490,700. Please refer to the appraisal report Shen Yun Shang Ping Zi No. AA00520240900002 for details. This court legally conducted the first public auction of the aforementioned properties on the Taobao Judicial Auction Online Platform from 10:00 on November 14, 2024, to 10:00 on November 15, 2024 (extensions excluded), with a starting bid set at 80% of the total appraised value of RMB 4,490,700, i.e., RMB 3,592,560. The bidder Zhuang Yuyu (citizen identity number: 445222198910090650) won the auction with the highest bid of RMB 8,047,136 and has fully paid the auction proceeds. This court legally paid an auxiliary auction fee of

RMB 11,000, an appraisal fee of RMB 14,500, and refunded the taxes and fees advanced by the buyer amounting to RMB 241,414.08 (Note: The total amount of taxes and fees to be refunded is RMB 261,550.12; the remaining difference of RMB 20,136.04 shall be refunded by the applicant for enforcement). This court withheld the enforcement fee for this case and the enforcement fee for case (2022) Yue 0307 Zhi No. 17552, totaling RMB 67,635.68, and transferred the enforcement proceeds of RMB 3,547,789.67 to the applicant for enforcement. Additionally, because the applicant for enforcement in case (2022) Yue 0307 Zhi No. 17552, Shenzhen Zhaobangji Microfinance Co., Ltd., applied to this court for participation in the distribution, the applicant for enforcement and Shenzhen Zhaobangji Microfinance Co., Ltd. negotiated to distribute the enforcement proceeds in this case according to a ratio of 23:27. This court legally transferred enforcement proceeds of RMB 4,164,796.57 to Shenzhen Zhaobangji Microfinance Co., Ltd.

Additionally, no other property available for enforcement was found under the persons subject to enforcement. This court has informed the above property situation to the applicant for enforcement, who raised no objection and failed to provide this court with leads on property available for enforcement under the persons subject to enforcement within the specified time limit. This court has legally decided to impose restrictions on high consumption on the persons subject to enforcement.

This court holds that the persons subject to enforcement in this case currently have no property available for enforcement, and the applicant for enforcement failed to provide property available for enforcement within the specified time limit. The enforcement proceedings in this case cannot proceed further and may be concluded, pending the fulfillment of conditions for continuing enforcement before restarting.

During the period of concluding this enforcement proceeding, the applicant for enforcement retains the right to continue demanding the persons subject to enforcement to repay the debt, and the persons subject to enforcement remain obligated to continue performing towards the applicant for enforcement. In accordance with Item 11 of Paragraph 1 of Article 154 of the Civil Procedure Law of the People's Republic of China and Article 519 of the Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, it is ruled as follows:

This enforcement proceeding is concluded.

This ruling becomes legally effective immediately upon service.

Presiding Judge: Peng Zhiwei

Judge: He Zongru

Enforcement Officer: Yang Qiaonan



Longgang Primary People's Court, Shenzhen (Seal)

February 5, 2025

This copy is verified to be consistent with the original.

Enforcement Officer: Zhao Mingkai

# 广东省深圳市龙岗区人民法院
## 执行裁定书

（2024）粤 0307 执恢 528 号之三

申请执行人：许为杰，男，1993 年 3 月 29 日出生，身份证住址广东省深圳市盐田区海景二路 1039 号蓝郡广场 1 座 3-28B，公民身份号码 440306199303290314。

被执行人：庄陈石，男，1957 年 10 月 1 日出生，身份证住址广东省深圳市宝安区西乡镇市场综合楼 3 栋 508 号，公民身份号码 440306195710010414。

被执行人：庄曲芳，女，1961 年 6 月 15 日出生，身份证住址广东省深圳市宝安区西乡镇市场综合楼 3 栋 508 号，公民身份号码 440321196106150427。

被执行人：庄志辉，男，1986 年 10 月 3 日出生，身份证住址广东省深圳市福田区香蜜湖路 3012 号熙园别墅 52 号，公民身份号码 440306198610038851。

被执行人：庄志锋，男，1982 年 5 月 8 日出生，身份证住址广东省深圳市福田区香蜜湖路 3012 号熙园别墅 52 号，公民身份号码 440306198205080474。

被执行人：深圳市建信锋源实业有限公司。住所地深圳市福田区华富街道莲花一村社区皇岗路 5001 号深业上城（南区）T2 栋 802，统一社会信用代码 914403001921910015Q。

法定代表人：庄志创。

被执行人：深圳市世纪丰源投资发展有限公司。住所地深圳市龙岗区龙岗街道龙平东路 203 号东方瑞景苑公寓楼 4 楼，统一社会信用代码 914403007839257545。

法定代表人：庄志斌。

被执行人：清远市世纪鑫元投资发展有限公司。住所地清远市清城区先锋东路 3 号世纪荟广场 1 幢四层 19 号，统一社会信用代码 91441802794612219A。

法定代表人：刘向宇。

被执行人：深圳市富思源房地产开发有限公司。住所地深圳市龙岗区横岗街道六园路 26 栋 4 楼，统一社会信用代码 914403007839265541。

法定代表人：庄志鹏。

关于申请执行人许为杰与被执行人庄陈石、庄曲芳、庄志辉、庄志锋、深圳市建信锋源实业有限公司、深圳市世纪丰源投资发展有限公司、深圳市富思源房地产开发有限公司、清远市世纪鑫元投资发展有限公司借款合同纠纷一案，深圳国际仲裁院作出的（2021）深国仲裁 411 号仲裁裁决书已经发生法律效力。由于被执行人没有履行生效法律文书确定的义务，申请执行人向本院申请恢复强制执行，请求强制被执行人偿付本金 23000000 元及利息、保全费、迟延履行期间的债务利息、申请执行费、执行中实际支出的费用等。本院依法受理。本案为恢复执行案件，原执行案号为（2022）粤 0307 执 17446 号。

在执行过程中，本院依法向被执行人送达了《执行通知书》《报告财产令》《财产申报表》，责令其在指定期限内履行义务并如实申报财产情况。同时，本院通过深圳法院鹰眼查控网、全国法院网络执行查控系统对被执行人名下的银行存款、股票、工商股权、房产、土地使用权、车辆、支付宝账户余额等财产进行了查证，并依法对被执行人下列财产采取了控制措施：一、已冻结被执行人庄志锋在平安银行的2000057497021 账号,金额为人民币 1153.08 元,期限自 2024 年 12 月 10 日至 2025 年 12 月 9 日。二、已冻结被执行人庄志锋在平安银行的 2000025553921 账号,金额为人民币 744.95 元,期限自 2024 年 12 月 10 日至 2025 年 12 月 9 日。三、已冻结被执行人庄陈石在广发银行的 6225680221000191862 账号,金额为港币 0 元,期限自 2024 年 12 月 11 日至 2025 年 12 月 9 日。四、已冻结被执行人庄志锋在光大银行的 39110166000827170 账号,金额为人民币 183.99 元,期限自 2024 年 12 月 11 日至 2025 年 12 月 9 日。

本院于 2023 年 1 月 10 日以（2022）粤 0307 执 17446 号依法查封了被执行人庄志锋名下位于广东省揭阳市揭西县上砂镇广场路南侧西起第 1-2 间、第 3 间、第 4 间（产权证号：C4598166、C4598167、C4598169）共叁套房产。因被执行人未主动履行生效法律文书确定的义务，本院依法处置上述房产。本院依法摇珠确定深圳云上土地房地产资产评估咨询有限公司对上述房产的价值进行评估，总评估价值为4490700 元,详见深云上评字第 AA005202409000002 号评估报

告。本院依法将上述房产以总评估价值 4490700 元的 80%即 3592560 元为起拍价于 2024 年 11 月 14 日 10 时至 2024 年 11 月 15 日 10 时止（延时的除外）在淘宝网司法拍卖网络平台进行第一次公开拍卖，竞买人庄玉瑜（公民身份号码：445222198910090650）以 8047136 元的最高价竞得并已付清拍卖款项。本院依法支付辅拍费 11000 元、评估费 14500 元、退还买受人垫付的税费 241414.08 元（注：应退还税费总额为 261550.12 元，尚有差额 20136.04 元由申请执行人负责退还），扣缴本案执行费和（2022）粤 0307 执 17552 号案件的执行费 67635.68 元,划付给申请执行人执行款 3547789.67 元。另，因（2022）粤 0307 执 17552 号案件申请执行人深圳市兆邦基小额贷款有限责任公司向本院申请参与分配，申请执行人与深圳市兆邦基小额贷款有限责任公司经协商按照 23：27 的比例分配本案执行款，本院依法划付给深圳市兆邦基小额贷款有限责任公司 4164796.57 元的执行款。

此外，未发现被执行人有其他可供执行的财产。本院已将上述财产情况告知，申请执行人没有异议，亦未能在指定期限内向本院提供被执行人可供执行的财产线索。本院依法决定对被执行人采取限制高消费措施。

本院认为，本案被执行人目前没有可供执行的财产，且申请执行人在指定期限内不能提供财产可供执行，本次执行程序无法继续进行，可予以终结，需要等待继续执行的条件成就后再重新启动。终结本次执行程序期间，申请执行人享有继续要求被执行人清偿债务的权利，被执行人负有继续向

申请执行人履行的义务。依照《中华人民共和国民事诉讼法》第一百五十四条第一款第十一项、《最高人民法院关于适用<中华人民共和国民事诉讼法>的解释》第五百一十九条规定，裁定如下：

终结本次执行程序。

本裁定送达后立即发生法律效力。

审　判　长　　彭　职　威
审　判　员　　何　宗　儒
执　行　员　　杨　乔　楠



本件与原本核对无异

书　记　员　　赵　明　开