# Futian Primary People's Court, Shenzhen, Guangdong

# Announcement

(2024) Yue 0304 Zhi Hui No. 1043

Regarding the case of loan contract dispute between the Applicant for enforcement, Industrial Bank Co., Ltd. Shenzhen Branch, and the persons subject to enforcement, Shenzhen Shiji Fengyuan Investment Development Co., Ltd., He Yingying, Zhuang Zhichuang, Zhuang Zhipeng, Zhuang Chenshi, Zhuang Qufang, Li Na, Zhuang Zhihui, Shenzhen Jianxin Fengyuan Industrial Co., Ltd., and Shenzhen Jianfuying Trading Co., Ltd., the Arbitral Award (2022) Shen Guo Zhong Cai No. 7712 issued by Shenzhen International Arbitration Court has taken legal effect. Since the persons subject to enforcement failed to perform the obligations determined by the above-mentioned legal documents within the time limit, the Applicant for enforcement applied to this Court for compulsory execution, which this Court legally accepted on April 7, 2024. This Court has ordered the persons subject to enforcement to perform the obligations determined by the legal documents within the specified time limit, but the persons subject to enforcement still failed to perform. This Court intends to evaluate and auction the properties owned by the person subject to enforcement Zhuang Chenshi, which are located at No. 52 Xiyuan Townhouse, Southeast Intersection of Lianhua West Road and Xiangmihu Road, Futian District, Shenzhen City [Property Right Certificate No.: 3000310924], 25F Jingrong Pavilion, Jingfu Building, Binhe Road, Shenzhen City [Property Right Certificate No.: 3000000358], and 25E Jingrong Pavilion, Jingfu Building, Binhe Road, Shenzhen City [Property Right Certificate No.: 3000000359], in order to settle the debts of the case. In accordance with the provisions of Article 257 of the *Civil Procedure Law of the People's Republic of China*, this Court orders the persons subject to enforcement and all persons residing in or using the above-mentioned properties to voluntarily move out within 15 days from the date of posting this announcement. Those who fail to move out within the time limit will be subject to compulsory relocation by this Court in accordance with the law. During the compulsory relocation, the persons subject to enforcement and the persons residing in the above-mentioned houses must be present; their failure to be present shall not affect the compulsory execution by this Court. If any person has legal rights and interests in the above-mentioned properties (including the right of lease, the right of first refusal based on the lease, etc.) or other legal rights and interests, please declare to the executive judge of this case with relevant evidentiary materials within 10 days from the date of issuance of this announcement. Those who fail to make a declaration within the time limit shall be deemed to have waived their relevant rights and interests, which shall not affect the disposal of the above-mentioned properties.

It is hereby announced.

April 10, 2024



Futian Primary People's Court, Shenzhen (Seal)

This announcement was posted on the above-mentioned properties on MM/DD/YYYY.

Contact Person: Huang Bibo (Handler)

Tel.: 0755-21981677

Address of This Court: Enforcement Bureau, F26, Block A, Mangrove Bay No. 1, No. 8 Shazui Road, Futian District, Shenzhen City

Postal Code: 518048

# 广东省深圳市福田区人民法院
# 公　告

（2024）粤 0304 执恢 1043 号

关于申请执行人兴业银行股份有限公司深圳分行与被执行人深圳市世纪丰源投资发展有限公司、何莹莹、庄志创、庄志鹏、庄陈石、庄曲芳、李娜、庄志辉、深圳市建信锋源实业有限公司、深圳市建福盈贸易有限公司借款合同纠纷一案，深圳国际仲裁院（2022）深国仲裁7712号裁决书已经发生法律效力。由于被执行人逾期未履行上述法律文书确定的义务，申请执行人向本院申请强制执行，本院于2024年4月7日依法受理。本院已责令被执行人在指定期限内履行法律文书确定的义务，被执行人仍未履行。本院拟评估拍卖被执行人庄陈石所有的位于深圳市福田区莲花西路与香蜜湖路交界东南熙园Townhouse52【产权证号：3000310924】、深圳市滨河路景福大厦景荣阁25F【产权证号：3000000358】、深圳市滨河路景福大厦景荣阁25E【产权证号：3000000359】，以清偿案件债务。依照《中华人民共和国民事诉讼法》第二百五十七条的规定，本院责令被执行人及居住、使用上述房产的所有人员在本公告张贴之日起十五日内自行迁出。逾期不迁出，本院将依法强制搬迁。强制搬迁时，被执行人及居住在上述房屋的人员须到场，拒不到场不影响本院强制执行。如对上述房产享有合法权益（包括承租权、基于租赁享有的优先购买权等）或者其他合法权益的，请自本公告发布之日

起十日内携有关证据材料向本案执行法官申报。逾期不提出
的，视为放弃有关权益，不影响处分上述房产。

　　特此公告。

二〇二四年四月六日

本公告于　　年　　月　　日张贴于上述房产。

联 系 人：黄碧波（承办人）

联系电话：0755-21981677

本院地址：深圳市福田区沙嘴路 8 号红树湾壹号 A 座 26 楼执
行局

邮　　编：518048