## EXHIBIT 6

The following is a summary of some of the documents produced to the Xu Group. There are some other documents produced to the Xu Group that are not included here.

**ZHIHUI ZHUANG**
2024 US Joint Tax Return (1st year debtor filed tax return in US)
2025 US Joint Tax Return

2020 China Individual Tax Transcript with English Translation
2021 China Individual Tax Transcript with English Translation
2022 China Individual Tax Transcript with English Translation
2023 China Individual Tax Transcript with English Translation

**CHINA COURT JUDGMENTS**
Guangfa Bank China Court Judgment with English Translation
Weijie Xu China Court Judgment with English Translation
Industrial Bank Court Judgment with English Translation
Yuanhua Ping China Court Judgment with English Translation

**BANK STATEMENTS - FOUR YEARS OF BANK STATEMENTS FOR MULTIPLE BANK ACCOUNTS**

**BANK ACCOUNTS UNDER DEBTOR ZHIHUI ZHUANG'S NAME ONLY**
Chase Bank (ending 7756)(under debtor's name only) - four years of bank statements
Account opened in November 2022
Debtor produced all bank statements from November 2022 (account opening) to December 2025.
Debtor filed for bankruptcy in December 2025.

Bank of America (ending 6986)(under debtor's name only) - four years of bank statements
Account opened in May 2023
Debtor produced all bank statements from May 2023 (account opening) to December 2025

Bank of America (ending 6999)(under debtor's name only) - four years of bank statements
Account opened in May 2023
Debtor produced all bank statements from May 2023 (account opening) to December 2025.

**BANK ACCOUNT JOINT WITH WIFE**
Citibank (ending 9025)(debtor joint with wife)(account opened in Sept 2023 - after marriage)
Bank statements produced from Sept 2023 to December 2025


**WIFE'S INDIVIDUAL PERSONAL ACCOUNT** (AFTER MARRIAGE - August 2023)
Bank of America bank account (ending 2337)(under wife's name only)
Wife already has this account before marrying debtor
Debtor produced Wife's individual personal bank account from August 2023 (Married in Aug 2023) to December 2025.


**WIFE'S CHASE BANK ACCOUNT**
Chase Bank account (ending 3729)(under wife's name only)(account opened in Sept 2023 after marriage)
Debtor produced bank statements for this account from Sept 2023 (account opening) to December 2025


**WIFE'S CAR PAYMENT COUPON**
Debtor produced Wife's Tesla Car payment coupon


**PAYSTUBS**
All of Zhihui Zhuang's work paystubs as requested by Xu Group
All of Wife's work paystubs as requested by Xu Group


**ATTORNEY BILLS**
12 redacted Michael Israel (federal court attorney) bills
Bankruptcy retainer agreement and payments receipts with Maria W. Tam (Bankruptcy attorney)


**CREDIT REPORTS**
TranUnion Credit Report of debtor Zhihui Zhuang
Experian Credit Report of debtor Zhihui Zhuang