**MARIA TAM <tamlawoffice@gmail.com>**

## Service of Rule 2004 Discovery in Case No. 2:25-bk-21019-NB Zhihui Zhuang

**MARIA TAM** <tamlawoffice@gmail.com>                                        Fri, Apr 24, 2026 at 6:23 PM
To: "Wang, Minyao" <Minyao.Wang@lewisbrisbois.com>
Cc: "MARIA W. TAM" <tammailbox@gmail.com>, "David.S.Shevitz@usdoj.gov" <david.s.shevitz@usdoj.gov>, Rosendo
Gonzalez <rossgonzalez@gonzalezplc.com>, "Lu, Hong" <Hong.Lu@lewisbrisbois.com>, "Bautista, Leo"
<Leo.Bautista@lewisbrisbois.com>, "Romersa, Julie" <Julie.Romersa@lewisbrisbois.com>, "Shockley, Maria"
<Maria.Shockley@lewisbrisbois.com>, "Mazza-Hilway, Rosa" <Rosa.Mazza-Hilway@lewisbrisbois.com>

Mr. Minyao Wang:

   Please see attached written response of debtor Zhihui Zhuang for the Request for Production of Documents based on
Bankruptcy Rule 2004.

[Quoted text hidden]

---

📄 **Zhihui Written Response to 2004 Req for Prod V1.pdf**
50K