Gmail

**MARIA TAM <tamlawoffice@gmail.com>**

---

## Service of Rule 2004 Discovery in Case No. 2:25-bk-21019-NB Zhihui Zhuang

---

**MARIA TAM** <tamlawoffice@gmail.com>                                           Tue, Apr 28, 2026 at 9:13 PM
To: "Wang, Minyao" <Minyao.Wang@lewisbrisbois.com>
Cc: "MARIA W. TAM" <tammailbox@gmail.com>, "David.S.Shevitz@usdoj.gov" <david.s.shevitz@usdoj.gov>, Rosendo
Gonzalez <rossgonzalez@gonzalezplc.com>, "Lu, Hong" <Hong.Lu@lewisbrisbois.com>, "Bautista, Leo"
<Leo.Bautista@lewisbrisbois.com>, "Romersa, Julie" <Julie.Romersa@lewisbrisbois.com>, "Shockley, Maria"
<Maria.Shockley@lewisbrisbois.com>, "Mazza-Hilway, Rosa" <Rosa.Mazza-Hilway@lewisbrisbois.com>


In re: Zhihui Zhuang, Chapter 7 Case#:2:25-bk-21019

RE: Meet and Confer before filing Motion for Protective Order


Mr. Minyao Yang:

Please let me know when you will be available to do a "Meet and Confer" phone conference. We need to go through the discovery requests and responses so that I can move forward with the filing of Motion for Protective Order. I am available for the following dates and times to do the meet and confer:

1. April 29, 2026 (Wednesday) between 3 to 6 pm;
2. April 30, 2026 (Thursday) between 1 to 6 pm.

When you pick a time for the phone conference, please tell me the exact time so that I can call you. Also, if you are not in your office, please let me know what cell number you want me to call you at. Thank you for your attention.

Maria W. Tam, Esq.
Attorney for debtor Zhihui Zhuang
[Quoted text hidden]