**MARIA TAM <tamlawoffice@gmail.com>**

## Zhuang discover disputes

**MARIA TAM** <tamlawoffice@gmail.com>                                    Thu, Jul 23, 2026 at 11:02 PM
To: "Wang, Minyao" <Minyao.Wang@lewisbrisbois.com>
Cc: "MARIA W. TAM" <tammailbox@gmail.com>, "Mazza-Hilway, Rosa" <Rosa.Mazza-Hilway@lewisbrisbois.com>, "Lu,
Hong" <Hong.Lu@lewisbrisbois.com>

Attached are the redacted bills of the federal court attorney M. Israel.
[Quoted text hidden]

**12 attachments**

📄 **Israel bill 2025-03-04.pdf**
271K

📄 **Israel bill 2025-05-30.pdf**
99K

📄 **Israel bill 2025-04-30.pdf**
128K

📄 **Israel bill 2025-04-16.pdf**
381K

📄 **Israel bill 2025-05-19.pdf**
99K

📄 **Israel bill 2025-07-14.pdf**
97K

📄 **Israel bill 2025-06-13.pdf**
138K

📄 **Israel bill 2025-06-30.pdf**
132K

📄 **Israel bill 2025-07-31.pdf**
196K

📄 **Israel bill 2025-08-15.pdf**
98K

📄 **Israel bill 2025-08-29.pdf**
98K

📄 **Israel bill 2025-09-30.pdf**
123K