Gmail

**MARIA TAM <tamlawoffice@gmail.com>**

---

## Service of Rule 2004 Discovery in Case No. 2:25-bk-21019-NB Zhihui Zhuang

---

**MARIA TAM** <tamlawoffice@gmail.com>                                    Thu, Jul 23, 2026 at 11:11 PM
To: "Wang, Minyao" <Minyao.Wang@lewisbrisbois.com>

Mr. Wang:

   Attached are the two credit reports of Zhihui Zhuang.  We cannot get the report from the third bureau.  Tried many times.  Also, attached is the retainer agreement for filing of bankruptcy and payment receipt.

[Quoted text hidden]

---

**5 attachments**



**page 2 of Zhihui retainer.jpeg**
2123K



**page 1 of Zhihui retainer.jpeg**
2552K

**02 - Zhihui Experian Credot Rpt.pdf**
4071K

**bk rct for Zhihui.pdf**
47K

**01 - Zhihui Transunion Credit Rpt.pdf**
11245K