Maria W. Tam, ESQ. (CSB#: 164996)
Law Office of Maria W. Tam
9650 Telstar Avenue, Unit A #825
El Monte, CA 91731
Tel: (626) 281-9353
Email: Tamlawoffice@gmail.com

Attorney for Debtor
Zhihui Zhuang

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO.: 2:25-bk-21019 BR |
| ZHIHUI ZHUANG | ) | |
| | ) | **DECLARATION OF ZHIHUI ZHUANG** |
| | ) | IN SUPPORT OF THE MOTION TO |
| Debtor. | ) | EXTEND DEADLINE TO FILE |
| | ) | MOTION FOR PROTECTIVE ORDER |
| | ) | |
| | ) | Date: TBD |
| | ) | Time: TBD |
| | ) | Crtrm: 1668 |
| | ) | |

## DECLARATION OF ZHIHUI ZHUANG

I, Zhihui Zhuang, declare as follows:

1.     I am over the age of eighteen years old.  I am the debtor in this case.

2.     I was a resident of China before 2022.  My father is Chenshi Zhuang.  My parents Chenshi Zhuang and Qufang Zhuang had also filed for Chapter 7 bankruptcy (case#: 2:25-bk-210-16 BR).

3.     Between 2000 to 2020, my father - Chenshi Zhuang managed a number of real estate development companies in China.  The companies purchased land and built residential, commercial real properties, office building, shopping centers on the land.  Chenshi used to manage the following companies (hereinafter collectively referred to as "the Companies"):

(1)     GuangYao Decoration Design Engineering ShenZhen China

(2)      ShiJiFengYuan Investment Development Co. ShenZhen China

(3)      ShiJiXin Yuan Investment Development Co. Qing Yuan China

(4)      FuSiYuan Real Estate Development Co. ShenZhen China

(5)      Jian Xin Feng Yuan Industrial Co., Ltd.

4.      The title of the real properties were held by the Companies.  The real properties were used as collateral to secure the loans from banks and private lenders to fund the development of the residential and commercial properties.  When the loans were borrowed, the real properties were worth a lot of money and the banks and private lenders were fully secured by the value of the real properties. Additionally, some of the banks and private lenders requested a personal guarantee from Chenshi Zhuang and from me.  In China, it is very common to require all the family members to provide personal guarantee for business loans.

5.      The Companies developed vacant land and built many apartment units, commercial real properties and shopping centers in China.  The real properties were sold and the funds were used to build the next project.

6.      I do not hold any positions in the Companies.  I do not have any access to any of the Companies bank accounts. I do not have any authority to issue any checks.  I have no control over the Companies.

7.      I worked as a construction site foreman for one of the companies - FuSiYuan Real Estate Development Co. only.  My job was to go out to check on the progress of the building of real properties and then report back to management of FuSiYuan Real Estate Development Co.  I do not hold any title nor position in any other companies.

8.      Initially, the China real estate market were doing really well and the Companies made the payments to the banks and lenders.  But around 2021 to 2022, the China banks tighten their lending policy. All of a sudden, banks were not willing to provide mortgage loans to buyers. Banks refused to loan money to the Companies to continue the projects.  The China real estate market totally collapsed.

9.      The Companies had multiple projects that were stopped as the China banks refused to continue the bank loans and the buyers do not have money to buy the finished houses and

- 2 -

commercial properties. Therefore, the Companies cannot meet the loan payments.  All the apartments and commercial properties owned by the Companies were foreclosed by the creditors in China through numerous China court judgments.

10.     Contrary to the smearing by the Xu Group, the companies managed by the debtor's father - Chenshi Zhuang are legitimate companies that developed many residential and commercial real estates.

11.     Debtor Zhihui did not have any control over the Companies.  The only company he worked for was FuSiYuan Real Estate Development.  He worked there as a construction site foreman. But when the market collapsed, he was sued for the personal guarantee.  Debtor wants to point out that the Companies owned many real properties that were foreclosed by the China Courts.  But when the China market real estate collapsed, the real properties lost its value and were not sufficient to cover all the loans.

Attached hereto are:

Exhibit 1 - Guangfa Bank Judgment and Execution Order (with English Translation).  On page 6, shows that the China Court is foreclosing two hundred ninety seven (297) real properties to pay the creditors.

Exhibit 2 - Receipt issued by Creditor Weijie Xu for the First Loan.  Weijie Xu acknowledges repayment of 40 million RMB loan. This is the first loan made by Weijie Xu to the Companies.  It was fully paid off with interests to creditor Weijie Xu.

Exhibit 3 -  is a copy of Weijie Xu China court judgment with translation.  On page 4, it shows that the China Court had foreclosed on numerous real properties as partial satisfaction of Weijie Xu debt.

Exhibit 4 - Yuanhua ping Judgment (page 7). The red circle shows that numerous properties were foreclosed by the China Courts.

Exhibit 5 - is a copy of the Industrial Bank judgment, on page 1, the red circle showed that the China Court has foreclosed on numerous real properties to pay creditor Industrial Bank.

12.     For all the China court lawsuits where I was named as a defendant, I was included only because of the personal guarantee.

13.     All of the China court lawsuits were for money owed only.  There was never any allegations for fraud or misconduct against me or my father Chenshi Zhuang by any of the creditors.

14.     All the Companies were shutdown by the China courts around 2022. All the Companies bank accounts were seized by the China Courts.  All the real properties were foreclosed by the China Courts. All of my personal bank accounts and assets were seized by the creditors through the China court judgments.

15.     After losing everything, I left China and traveled to USA around June 2022. I met Ms. Yiwei Lyu through a friend, fell in love and married Ms. Yiwei Lyu in August 2023. Through my newly-wedded wife, I obtained permanent residence in USA.

16.     I have tried really hard to comply and produced all the documents stated in the 2004 Request to Produce List.  I have produced close to a thousand pages of documents.  (See Exhibit 6). I have produced four years of my China Tax Transcripts 2020, 2021, 2022, 2023.  I have produced my US Joint Tax Return for 2024 (my first year as a US resident) and my US joint Tax Return for 2025.  I have even produced my wife's personal bank accounts statements even though my debts were incurred prior to our marriage.

17.     I have produced all four years of my US bank statements from the opening of the account to the filing of the Chapter 7 bankruptcy in December 2025 (See Exhibit 6).

18.     The only documents that I cannot produce are because they go so far back.  The Xu Group wants documents going as far back as nine years ago.  I will not be able to obtain those documents as I have left China in June 2022.  In China, the bank accounts are tied to the individual cell phone number.  As I have left China in June 2022, I do not have the China cell phone number anymore. I am not able to access the China bank statements any more.

19.     The Court should note that debtor's bank accounts and all assets have been seized by the China Court Judgments and Execution Orders. (See Exhibit 1, 3, 4 and 5).

20.     Additionally, the Xu Group is asking for my drivers license, social security card,

visas, green card application, passports, email accounts, ICloud Accounts, WeChat accounts, all online accounts. This is truly harassment. I was sued only because of the personal guarantee. I already fully disclosed to every one that I got my permanent residence when I married YiWei Lyu in August 2023 but the Xu Group wants to see my green card application. This is an invasion of personal privacy and for the sole purpose to create stress between me and my wife. How would my green card application lead to the discovery of assets or administering of assets?

21.    I pray that the Court would understand that I was sued for the loans owed by the Companies only because the Chinese banks and lenders required me (as son of Chenshi Zhuang) to provide personal guarantee. The Chinese banks and lenders loaned money to the Companies based on the real estates owned by the Companies. The banks and lenders loan were secured by the real properties of the Companies. The loans were not made because of me. I was dragged in as it is common in China to make the family members to personally guarantee the company loans.

22.    I want to point out to the Court that I have never met with creditors Weiji Xu, Zhaobangji Small Loan Company, Winson Credit ("the Xu Group"). I have never communicated with the Xu Group. I do not control the Companies. I have made no representations to the Xu Group. There is absolutely no grounds to allege fraud against me.

//

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at El Monte, California.

Dated: Aug 10, 2026

Zhihui Zhuang, declarant