KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZHIHUI ZHUANG,<br><br>Debtor. | Case No. 2:25-bk-21019-BR<br><br>Chapter 7<br><br>**THIRD STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR FURTHER EXTENDING DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**<br><br>[NO HEARING REQUIRED] |

This *Stipulation Between Chapter 7 Trustee and Debtor Further Extending Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* (this "Stipulation") is entered into by and between Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), on the one hand, and the Debtor, on the other, through their counsel of record. The Trustee and the Debtor are sometimes collectively referred to herein as the "Parties" and each individually, a "Party". The Parties enter into this Stipulation with reference to the following facts:

///



GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**RECITALS**

A. On December 08, 2025 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the within bankruptcy case.

B. As of the Petition Date, the Trustee was appointed the chapter 7 trustee of the Debtor's bankruptcy estate, as reflected in the *Notice of Chapter 7 Bankruptcy Case* [Docket No. 3] filed on December 8, 2025.

C. Pursuant to Bankruptcy Rule 4004(a)(1), the initial deadline to file a complaint objecting to the Debtor's discharge is sixty (60) days from the first date set for the 341(a) meeting of creditors (the "341(a) Meeting"). Given that the initial 341(a) Meeting was set for January 14, 2026, the initial deadline to object to the Debtor's discharge was March 16, 2026.[1]

D. On February 17, 2026, the Parties filed their *Stipulation Between Debtor and Trustee to Continue Deadline under Section 727 of the Bankruptcy Code* [Docket No. 17], which was approved by the Court by order entered on February 18, 2026 [Docket No. 19], pursuant to which the Parties agreed to extend the deadline to object to the Debtor's discharge to June 16, 2026.

E. On June 15, 2026, the Parties filed their *Stipulation Between Chapter 7 Trustee and Debtor Further Extending Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* [Docket No. 77], which was approved by the Court by order entered on June 16, 2026 [Docket No. 79], pursuant to which the Parties agreed to extend the deadline to object to the Debtor's discharge to September 16, 2026.

F. The Trustee and the Debtor have agreed to further extend the deadline for the Trustee to object to the Debtor's discharge on the terms set forth herein.

NOW, THEREFORE, in consideration of the foregoing, the Parties stipulate and agree as follows:

**STIPULATION**

1. The Parties agree that, subject to entry of an order approving this Stipulation, the

[1] Sixty days from the initial 341(a) Meeting is Sunday, March 15, 2026, and therefore the initial deadline was Monday, March 16, 2026, pursuant to Bankruptcy Rule 9006(a).

deadline for the Trustee to object to the Debtor's discharge under section 727 of the Bankruptcy Code shall be extended from September 16, 2026 to January 2, 2027.

2. The extension agreed to herein between the Parties is without prejudice to any further extension, whether by stipulation or by motion of the Trustee.

3. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

IN WITNESS WHEREOF, the Parties execute this Stipulation as of the date set forth opposite their respective signatures.

DATED: September 4, 2026

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Keith Patrick Banner*
KEITH PATRICK BANNER
Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

DATED: September 7, 2026

LAW OFFICE OF MARIA W. TAM

By: [signature]
MARIA W. TAM
Attorneys for Debtor Zhihui Zhuang

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): Third Stipulation Between Chapter 7 Trustee And Debtor Further Extending Deadline To Object To Debtor's Discharge Under 11 U.S.C. § 727 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 8, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com**
- **Shraddha Bharatia notices@becket-lee.com**
- **Rosendo Gonzalez (TR) rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
- **Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
- **Julie M Romersa julie.romersa@lewisbrisbois.com**
- **David Samuel Shevitz David.S.Shevitz@usdoj.gov**
- **Maria W Tam tammailbox@gmail.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Minyao Wang minyao.wang@lewisbrisbois.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 8, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/08/2026 | Cynthia Miller Watkins | /s/ Cynthia Miller Watkins |
| *Date* | *Printed Name* | *Signature* |