FILED & ENTERED

SEP 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Zhihui Zhuang,<br><br>Debtor. | Case No.: 2:25-bk-21019-BR<br><br>Chapter: 7<br><br>**ORDER: (1) EXTENDING DEADLINES TO FILE AN ACTION UNDER 11 U.S.C. §§ 523 AND 727 AS TO CERTAIN CREDITORS AND (2) DECLINING TO SET HEARING ON CREDITORS' MOTION FOR RULE 2004 DISCOVERY**<br><br>[No hearing required] |

Zhihui Zhuang, the Debtor herein, is the son of Chenshi Zhuang and Qufang Zhuang, who have also filed a chapter 7 case that is pending before the Court (Case No. 2:25-bk-21016-BR). On August 11, 2026, in Debtor's parents' case, the Court held a hearing on the "Joint Motion to Compel Debtors to Produce Documents as Required by Order Granting Motion for FRBP 2004 Discovery and For Sanctions Against Debtors and Their Counsel" (Case No. 2:25-bk-21016-BR, Bankr. Docket No. 87) filed by creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd., and Winson Credit (HK) Limited. Creditors have filed a substantially similar motion in this case.

Concurrent with the issuance of this order, the Court has issued in Debtor's parents' case an order extending Creditors' deadlines to file actions under 11 U.S.C. §§ 523 and 727. For the reasons stated on the record at the August 11, 2026 hearing in Debtor's parents' case (incorporated herein as permitted by Fed. R. Civ. P. 52(a)(1), made applicable by Fed. R. Bankr. P. 7052 and 9014(c)), the Court finds that an extension of the deadlines under 11 U.S.C. §§ 523 and 727 is appropriate in this case as well.

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1) The deadline for Creditors to file a dischargeability action under 11 U.S.C. § 523, or an action objecting to Debtor's discharge under 11 U.S.C. § 727, is extended from September 16, 2026 to January 2, 2027.
2) The motion filed by Creditors seeking Rule 2004 discovery in this case (Bankr. Docket No. 84) suffers from the same infirmities as the comparable motion that Creditors filed in Debtor's parents' case – namely, an unexcused failure to file the discovery stipulation contemplated by LBR 7026-1(c)(3). Therefore, the Court declines to set a hearing on that motion at this time.

**IT IS SO ORDERED.**

###

Date: September 11, 2026

Barry Russell
United States Bankruptcy Judge