KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Rosendo Gonzalez, Chapter 7 Trustee

FILED & ENTERED

SEP 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

ZHIHUI ZHUANG,

Debtor.

Case No. 2:25-bk-21019-BR

Chapter 7

**ORDER APPROVING THIRD STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR FURTHER EXTENDING DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

[NO HEARING REQUIRED]

The Court having considered the *Third Stipulation Between Chapter 7 Trustee and Debtor Further Extending Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* [Docket No. 95] (the "Stipulation") entered into by and between Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), on the one hand, and the Debtor, on the other, through their counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

2. The deadline for the Trustee to object to the Debtor's discharge under section 727 of title 11 of the United States Code is hereby extended from September 16, 2026 to January 2, 2027.

###

Date: September 11, 2026

Barry Russell
United States Bankruptcy Judge