United States Bankruptcy Court

Central District of California

In re: Case No. 25-21019-BR

Zhihui Zhuang Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Sep 11, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Julie M Romersa | on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. julie.romersa@lewisbrisbois.com |
| Keith Patrick Banner | on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com |

| | |
|---|---|
| | calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com |
| Maria W Tam | on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com |
| Minyao Wang | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com<br>rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

FILED & ENTERED

SEP 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Zhihui Zhuang,<br><br>Debtor. | Case No.: 2:25-bk-21019-BR<br><br>Chapter: 7<br><br>**ORDER: (1) EXTENDING DEADLINES TO FILE AN ACTION UNDER 11 U.S.C. §§ 523 AND 727 AS TO CERTAIN CREDITORS AND (2) DECLINING TO SET HEARING ON CREDITORS' MOTION FOR RULE 2004 DISCOVERY**<br><br>[No hearing required] |

Zhihui Zhuang, the Debtor herein, is the son of Chenshi Zhuang and Qufang Zhuang, who have also filed a chapter 7 case that is pending before the Court (Case No. 2:25-bk-21016-BR). On August 11, 2026, in Debtor's parents' case, the Court held a hearing on the "Joint Motion to Compel Debtors to Produce Documents as Required by Order Granting Motion for FRBP 2004 Discovery and For Sanctions Against Debtors and Their Counsel" (Case No. 2:25-bk-21016-BR, Bankr. Docket No. 87) filed by creditors Weijie Xu, Shenzhen Zhaobangji Small Loan Co., Ltd., and Winson Credit (HK) Limited. Creditors have filed a substantially similar motion in this case.

Concurrent with the issuance of this order, the Court has issued in Debtor's parents' case an order extending Creditors' deadlines to file actions under 11 U.S.C. §§ 523 and 727. For the reasons stated on the record at the August 11, 2026 hearing in Debtor's parents' case (incorporated herein as permitted by Fed. R. Civ. P. 52(a)(1), made applicable by Fed. R. Bankr. P. 7052 and 9014(c)), the Court finds that an extension of the deadlines under 11 U.S.C. §§ 523 and 727 is appropriate in this case as well.

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1) The deadline for Creditors to file a dischargeability action under 11 U.S.C. § 523, or an action objecting to Debtor's discharge under 11 U.S.C. § 727, is extended from September 16, 2026 to January 2, 2027.
2) The motion filed by Creditors seeking Rule 2004 discovery in this case (Bankr. Docket No. 84) suffers from the same infirmities as the comparable motion that Creditors filed in Debtor's parents' case – namely, an unexcused failure to file the discovery stipulation contemplated by LBR 7026-1(c)(3). Therefore, the Court declines to set a hearing on that motion at this time.

**IT IS SO ORDERED.**

###

Date: September 11, 2026

Barry Russell
United States Bankruptcy Judge