United States Bankruptcy Court

Central District of California

In re:
Zhihui Zhuang
Debtor

Case No. 25-21019-BR
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Sep 11, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Julie M Romersa | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com |
| Keith Patrick Banner | on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com |

| | |
|---|---|
| | calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com |
| Maria W Tam | on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com |
| Minyao Wang | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Rosendo Gonzalez,
Chapter 7 Trustee

FILED & ENTERED

SEP 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZHIHUI ZHUANG,<br><br>Debtor. | Case No. 2:25-bk-21019-BR<br><br>Chapter 7<br><br>**ORDER APPROVING THIRD STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR FURTHER EXTENDING DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Third Stipulation Between Chapter 7 Trustee and Debtor Further Extending Deadline to Object to Debtor's Discharge Under 11 U.S.C. § 727* [Docket No. 95] (the "Stipulation") entered into by and between Rosendo Gonzalez, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Zhihui Zhuang (the "Debtor"), on the one hand, and the Debtor, on the other, through their counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

/ / /

2. The deadline for the Trustee to object to the Debtor's discharge under section 727 of title 11 of the United States Code is hereby extended from September 16, 2026 to January 2, 2027.

###

Date: September 11, 2026

Barry Russell
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067