PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**ZHIHUI ZHUANG**,<br><br>Debtor(s). | Case No.: 2:25-bk-21019-BR<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727**<br><br>[NO HEARING REQUESTED] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

This Stipulation to Extend Time to File a Complaint under § 727 (“Stipulation”) is made by and between Debtor Zhihui Zhuang, (“Debtor”), and Peter C. Anderson, the United States Trustee for Region 16 (“U.S. Trustee”).

**<u>RECITALS</u>**

A. On December 8, 2025, Debtor filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Central District of California.

B. The deadline for objecting to the Debtor’s discharge as to the U.S. Trustee is September 16, 2026.

C. To ascertain the propriety of a Chapter 7 discharge, the U.S. Trustee needs additional time to obtain and review documentation and information about the Debtor's financial condition and to further examine the Debtor, if necessary.

D. The parties have conferred regarding this matter and have agreed to stipulate to extend the time to file a complaint under § 727 for the U.S. Trustee only.

///

///

///

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

1. Subject to Court approval, the deadline, for the U.S. Trustee and the Chapter 7 Trustee only to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 shall be extended from September 16, 2026, up to and including January 2, 2027.

2. The U.S. Trustee will lodge an order approving the Stipulation to Extend Time via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

DATED: 9-14-2026

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: David S. Shevitz
Trial Attorney

DATED: September 10, 2026

LAW OFFICES OF MARIA W. TAM

By: Maria W. Tam
Counsel for Zhihui Zhuang

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd. Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): __ **STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/14/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/14/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor:

See Attached:

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/14/2026 | David S. Shevitz | /s/ David S. Shevitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION**

**SECTION I – EMAIL SERVICE**

**Keith Patrick Banner kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com**
**Shraddha Bharatia notices@becket-lee.com**
**Rosendo Gonzalez (TR) rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
**Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
**Julie M Romersa julie.romersa@lewisbrisbois.com**
**David Samuel Shevitz David.S.Shevitz@usdoj.gov**
**Maria W Tam (counsel for Debtor) tammailbox@gmail.com**
**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
**Minyao Wang minyao.wang@lewisbrisbois.com**

**SECTION II – U.S. MAIL SERVICE**

**Debtor**
Zhihui Zhuang
150 Fano Street, Unit A
Arcadia, CA 91006