| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>MICHAEL A. JONES, State Bar No. 271574<br>ASSISTANT UNITED STATES TRUSTEE<br>DAVID S. SHEVITZ, State Bar No. 271917<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-3240 telephone<br>Email: David.S.Shevitz@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* UNITED STATES TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:25-bk-21019-BR<br>CHAPTER: 7 |
|---|---|
| **ZHIHUI ZHUANG**,<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727 |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727

was lodged on (*date*) 9/14/2026 and is attached. This order relates to the motion which is docket number 101.

[1] Please abbreviate if title cannot fit into text field.

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**ZHIHUI ZHUANG**,<br><br>Debtor(s). | Case No.: 2:25-bk-21019-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727**<br><br>[NO HEARING REQUESTED] |

After consideration of the Stipulation to Extend Time to File a Complaint under Section 727, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

**IT IS FURTHER ORDERED** that the deadline date, for the U.S. Trustee and the Chapter 7 Trustee only, to file a complaint objecting to Debtor's discharge under § 727 in this case is EXTENDED up to and including **January 2, 2027.**

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd. Suite 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______9/14/2026_________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___9/14/2026____________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached:

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/14/2026 | DAVID S. SHEVITZ | /s/ David S. Shevitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## ADDITIONAL SERVICE INFORMATION

**SECTION I – EMAIL SERVICE**

**Keith Patrick Banner kbanner@greenbergglusker.com,**
**calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com**
**Shraddha Bharatia notices@becket-lee.com**
**Rosendo Gonzalez (TR) rgonzalez@ecf.axosfs.com,**
**rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com**
**Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
**Julie M Romersa julie.romersa@lewisbrisbois.com**
**David Samuel Shevitz David.S.Shevitz@usdoj.gov**
**Maria W Tam (counsel for Debtor) tammailbox@gmail.com**
**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
**Minyao Wang minyao.wang@lewisbrisbois.com**

**SECTION II – U.S. MAIL SERVICE**

**Debtor**
Zhihui Zhuang
150 Fano Street, Unit A
Arcadia, CA 91006