PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

FILED & ENTERED

SEP 16 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**ZHIHUI ZHUANG,**<br><br>Debtor(s). | Case No.: 2:25-bk-21019-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727**<br><br>[NO HEARING REQUESTED] |

After consideration of the Stipulation to Extend Time to File a Complaint under Section 727, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

//

**IT IS FURTHER ORDERED** that the deadline date, for the U.S. Trustee and the Chapter 7 Trustee only, to file a complaint objecting to Debtor's discharge under § 727 in this case is EXTENDED up to and including **January 2, 2027.**

# # #

Date: September 16, 2026

Barry Russell
United States Bankruptcy Judge