United States Bankruptcy Court
Central District of California

In re: Case No. 25-21019-BR
Zhihui Zhuang Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Sep 16, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zhihui Zhuang, 150 Fano Street, Unit A, Arcadia, CA 91006-3857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Yiwei Lyu bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Julie M Romersa | on behalf of Creditor Weije Xu julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Winson Credit (HK) Limited julie.romersa@lewisbrisbois.com |
| Julie M Romersa | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. julie.romersa@lewisbrisbois.com |
| Keith Patrick Banner | on behalf of Trustee Rosendo Gonzalez (TR) kbanner@greenbergglusker.com |

| | |
|---|---|
| | calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com;MilanaECF@ggfirm.com |
| Maria W Tam | on behalf of Debtor Zhihui Zhuang tammailbox@gmail.com |
| Minyao Wang | on behalf of Creditor Winson Credit (HK) Limited minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Weije Xu minyao.wang@lewisbrisbois.com |
| Minyao Wang | on behalf of Creditor Shenzhen Zhaobangji Small Loan Co Ltd. minyao.wang@lewisbrisbois.com |
| Rosendo Gonzalez (TR) | rgonzalez@ecf.axosfs.com<br>rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com |
| Shraddha Bharatia | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 13

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Ste 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

FILED & ENTERED

SEP 16 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

**ZHIHUI ZHUANG,**

Debtor(s).

Case No.: 2:25-bk-21019-BR

Chapter 7

**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE A COMPLAINT UNDER SECTION 727**

[NO HEARING REQUESTED]

After consideration of the Stipulation to Extend Time to File a Complaint under Section 727, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

//

**IT IS FURTHER ORDERED** that the deadline date, for the U.S. Trustee and the Chapter 7 Trustee only, to file a complaint objecting to Debtor's discharge under § 727 in this case is EXTENDED up to and including **January 2, 2027.**

# # #

Date: September 16, 2026



Barry Russell
United States Bankruptcy Judge