ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA 90013

Telephone: (213) 452-0071
Facsimile: (213) 452-0080

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

| | |
|---|---|
| In Re:<br><br>ZHIHUI ZHUANG<br><br>Debtor(s) | Case No.: 2:25-bk-21019-NB<br>25-21019<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: MARIA W TAM
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/04/26 at 9:00 AM via Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 9873459194 and Passcode 5564413706, OR call 1-213-592-3540 and enter Passcode 5564413706. Matter was continued for the reason set forth below:

- Provide 2021,2022, 2023 tax returns
- Amend Statement of Financial Affairs #14, #13
- Provide 2 lawsuits

October 12, 2026

/s/ Rosendo Gonzalez
ROSENDO GONZALEZ, TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA 90013.

On October 12, 2026, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

ZHIHUI ZHUANG
150 FANO STREET, UNIT A
ARCADIA, CA 91006

MARIA W TAM
LAW OFFICE OF MARIA W. TAM
9650 TELSTAR AVENUE
STE A #825
EL MONTE, CA 91731

☒ **BY MAIL**

- ☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
- ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on June 13, 2025, at Los Angeles, California.
- ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

October 12, 2026 /s/ Gabrielle Gonzalez
Gabrielle Gonzalez